# EXHIBIT B

4034399



**Secretary of State**
**Statement and Designation by**
**Foreign Corporation**

S&DC-S/N

IMPORTANT — Read Instructions before completing this form.

Must be submitted with a current **Certificate of Good Standing** issued by the government agency where the corporation was formed. See Instructions.

Filing Fee  —  $100.00 (for a foreign stock corporation) or
$30.00 (for a foreign nonprofit corporation)

Copy Fees  —  First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *https://www.ftb.ca.gov*.

**FILED**
Secretary of State
State of California

**JUN 0 8 2017**

This Space For Office Use Only

**1. Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

TYLT, INC.

**2. Jurisdiction** (State, foreign country or place where this corporation is formed - must match the Certificate of Good Standing provided.)

Delaware

**3. Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Initial Street Address of Principal Executive Office - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 685 Cochran Street | Simi Valley | CA | 93065 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 685 Cochran Street | Simi Valley | CA | 93065 |
| c. Mailing Address of Principal Executive Office, if different than item 3a | City (no abbreviations) | State | Zip Code |
|  |  |  |  |

**4. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL — Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Gerard | N. | Casale | Jr. |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 1158 26th Street, Suite 325 | Santa Monica | CA | 90403 |

CORPORATION — Complete Item 4c. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b |
|---|
|  |

**5. Read and Sign Below** (See instructions. Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

_____        Gerard Casale
Signature                                          Type or Print Name

S&DC-S/N (REV 03/2017)                                                      2017 California Secretary of State

4034399



# Delaware

Page 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "TYLT, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE EIGHTH DAY OF JUNE, A.D. 2017.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "TYLT, INC." WAS INCORPORATED ON THE SEVENTH DAY OF JUNE, A.D. 2017.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL FRANCHISE TAXES HAVE BEEN ASSESSED TO DATE.

Jeffrey W. Bullock, Secretary of State

6437619  8300
SR# 20174658975

Authentication: 20267797
Date: 06-08-17

You may verify this certificate online at corp.delaware.gov/authver.shtml