# EXHIBIT C

# State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

**F456737**

**FILED**

In the office of the Secretary of State
of the State of California

**MAR-05 2015**

This Space for Filing Use Only

1. **CORPORATE NAME**
   FOREIGN TRADE CORPORATION

2. **CALIFORNIA CORPORATE NUMBER**   C1370501

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
   ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — CITY — STATE — ZIP CODE
   685 COCHRAN ST SUITE 200, SIMI VALLEY, CA 93065
5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY — STATE — ZIP CODE
   685 COCHRAN ST SUITE 200, SIMI VALLEY, CA 93065
6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 — CITY — STATE — ZIP CODE

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7. CHIEF EXECUTIVE OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
   RAMIN ROSTAMI   685 COCHRAN ST SUITE 200, SIMI VALLEY, CA 93065
8. SECRETARY — ADDRESS — CITY — STATE — ZIP CODE
   FARIBA ROSTAMI   685 COCHRAN ST SUITE 200, SIMI VALLEY, CA 93065
9. CHIEF FINANCIAL OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
   RAMIN ROSTAMI   685 COCHRAN ST SUITE, SIMI VALLEY, CA 93065

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

10. NAME — ADDRESS — CITY — STATE — ZIP CODE
    RAMIN ROSTAMI   685 COCHRAN ST SUITE 200, SIMI VALLEY, CA 93065
11. NAME — ADDRESS — CITY — STATE — ZIP CODE
12. NAME — ADDRESS — CITY — STATE — ZIP CODE

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
    RAMIN ROSTAMI
15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** — CITY — STATE — ZIP CODE
    685 COCHRAN ST SUITE 200, SIMI VALLEY, CA 93065

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
    WHOLESALES WIRELESS ACCESSORIE

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 03/05/2015 | RAMIN ROSTAMI | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)   Page 1 of 1   APPROVED BY SECRETARY OF STATE