# EXHIBIT B

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM484305

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |
| **SEQUENCE:** | 2 |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Insolvency Services Group, Inc. | | 01/09/2018 | Corporation: CALIFORNIA |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | Tylt, Inc. |
| **Street Address:** | 1158 26th Street, Suite 325 |
| **City:** | Santa Monica |
| **State/Country:** | CALIFORNIA |
| **Postal Code:** | 90403 |
| **Entity Type:** | Corporation: DELAWARE |

**PROPERTY NUMBERS Total: 29**

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 4596899 | ALIN |
| **Registration Number:** | 4373735 | BAND |
| **Registration Number:** | 4489736 | BAND |
| **Registration Number:** | 4358766 | BUILT TO TYLT |
| **Registration Number:** | 4376540 | BUMPR |
| **Registration Number:** | 4410428 | CAPIO |
| **Registration Number:** | 4499680 | ENERGI |
| **Registration Number:** | 4779277 | ENERGI SLIDING POWER CASE |
| **Registration Number:** | 4783716 | ENERGI SMART CHARGER |
| **Registration Number:** | 4369640 | JELLYFISH |
| **Registration Number:** | 4329108 | LYLL |
| **Registration Number:** | 4527146 | PILLO |
| **Registration Number:** | 4369641 | RANDOM ORDER |
| **Registration Number:** | 4498639 | RANDOM ORDER |
| **Registration Number:** | 4708585 | RANDOM ORDER |
| **Registration Number:** | 4787685 | RIBBN |
| **Registration Number:** | 4779285 | SMART CHARGER 2K |
| **Registration Number:** | 4779286 | SMART CHARGER 6K |

OP $740.00 4596899

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 4376541 | SQRD |
| Registration Number: | 3804663 | T |
| Registration Number: | 1711404 | TECHNOCEL |
| Registration Number: | 4376880 | TYLT |
| Registration Number: | 4379403 | TYLT BUILT TO TYLT |
| Registration Number: | 4718163 | TYLT SMART CHARGER |
| Registration Number: | 4731156 | TYLTLAB |
| Registration Number: | 4527829 | VÜ |
| Registration Number: | 4370097 | Y-CHARGE |
| Registration Number: | 5431376 | + |
| Registration Number: | 5431375 | TYLT |

**CORRESPONDENCE DATA**

**Fax Number:**

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:** 3105531222
**Email:** trademarks@novianlaw.com
**Correspondent Name:** Farhad Novian, Novian & Novian LLP
**Address Line 1:** 1801 Century Park East, Suite 1201
**Address Line 4:** Los Angeles, CALIFORNIA 90067

| | |
|---|---|
| **NAME OF SUBMITTER:** | Sharon Raminfard |
| **SIGNATURE:** | /Sharon Raminfard/ |
| **DATE SIGNED:** | 08/01/2018 |

**Total Attachments: 13**
source=Assignment to Tylt#page1.tif
source=Assignment to Tylt#page2.tif
source=Assignment to Tylt#page3.tif
source=Assignment to Tylt#page4.tif
source=Assignment to Tylt#page5.tif
source=Assignment to Tylt#page6.tif
source=Assignment to Tylt#page7.tif
source=Assignment to Tylt#page8.tif
source=Assignment to Tylt#page9.tif
source=Assignment to Tylt#page10.tif
source=Assignment to Tylt#page11.tif
source=Assignment to Tylt#page12.tif
source=Assignment to Tylt#page13.tif

# INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This Intellectual Property Assignment Agreement (this "Assignment") is dated and entered into as of January 3, 2018 (the "Effective Date"), by and between Insolvency Services Group, Inc., a California corporation ("Seller"), solely in its limited capacity as assignee for the benefit of creditors of Foreign Trade Corporation, a California corporation, formerly doing business as Technocel ("Technocel"), and Tylt, Inc., a Delaware corporation ("Assignee"). Each of Seller and Assignee are sometimes individually referred to in this Assignment as a "Party" and collectively as the "Parties." Capitalized terms used herein but otherwise not defined shall have the respective meanings given to them in the Purchase Agreement (as defined below).

WHEREAS, pursuant to that certain Asset Purchase Agreement (the "Purchase Agreement"), Seller agreed to sell to the Assignee (or its designee) certain assets set forth therein;

WHEREAS, Seller desires to sell, assign, transfer, convey and deliver to the Assignee all of the Assignor's respective rights, titles, and interests in, to and under any and all trademarks, service marks, designs, logos, indicia, trade names, trade dress, domain names, corporate names, company names, business names, fictitious business names, trade styles and/or other source and/or business identifiers and applications pertaining thereto (collectively, "Trademarks"), owned by Assignor, including the Trademarks set forth on Schedule I.

WHEREAS. Attached hereto as Schedule 2 is a list of all patents, patent applications, continuations, divisions, continuations-in-part, reissues, reexaminations, extensions or foreign equivalents thereof ("Patents") in which Seller may have had an interest and Seller desires to sell, assign, transfer, convey and deliver to the Assignee all of the Assignor's respective rights, titles, and interests in, to and under any and all Patent.

NOW, THEREFORE, pursuant to the Purchase Agreement, in consideration of the mutual promises contained therein and in the foregoing recitals, and for other good and valuable consideration, had and received, the Parties hereby agree as follows:

1. Assignment. Assignor hereby irrevocably sells, assigns, transfers, conveys and delivers, to Assignee, all of the Assignor's respective worldwide rights, titles, and interests in, to and under the Trademarks and Patents (the "IP"), together with any goodwill associated therewith.

2. Further Assurances.

(a) From and after the date hereof, in the event any further action is necessary to carry out the purposes of this Assignment, Seller and its respective directors and officers shall, without any cost to Seller, take all such necessary action as may be reasonably requested by Assignee to achieve such intent, including the execution of any documentation reasonably requested by any Assignee to effectuate the assignment, transfer and conveyance of the IP (including any documentation for filing with the United States Patent and Trademark Office or any equivalent foreign agency or any domain name registrar). Seller hereby authorizes and requests the Commissioner of Patents and Trademarks, and any equivalent authority, entity or agency or registrar to record Assignee as the assignee and owner of the applicable IP.

(b) Assignor hereby grants the attorney of record the power to insert on this Assignment any further identification that may be necessary or desirable in order to comply with the rules of the United States Patent and Trademark Office, or rules of other entities including but not limited to United States or foreign governments or intellectual property offices, for recordation of this document. Assignee shall have the right to file or record this Assignment and any additional assignment documents as provided in this Article 2 with the United States Patent and Trademark Office and any other equivalent authority, entity or agency anywhere else in the world, and Assignor hereby authorizes and requests the Commissioner of Patents and Trademarks, and any such equivalent authorities, entities or agencies to record Assignee as the assignee and owner of the IP sold, assigned, transferred, conveyed or delivered to Assignee pursuant to this Assignment.

3. Miscellaneous.

(a) Amendment; Waiver. Any term or provision of this Assignment may be amended only by a writing signed by Seller and Assignee. The observance of any term or provision of this Assignment may be waived (either generally or in a particular instance and either retroactively or prospectively) only by a writing signed by the party to be bound by such waiver. No waiver by a party of any breach of this Assignment will be deemed to constitute a waiver of any other breach or any succeeding breach.

(b) No Third Party Beneficiaries. Nothing expressed or implied in this Assignment is intended, or shall be construed, to confer upon or to give any person, firm or corporation, other than the parties hereto, any rights or remedies under or by reason of this Assignment. There is no third party beneficiary of this Assignment.

(c) Notices. Any notice required or permitted to be given under this Assignment shall be in writing and shall be personally delivered or sent by certified or registered United States mail, postage prepaid, or sent by nationally recognized overnight express courier and addressed as follows:

(a) If to Seller:

Insolvency Services Group Inc.
9107 Wilshire Blvd., Suite 800
Beverly Hills, CA 90210
Tel.: 310-385-0006
Fax: 310-385-0030
Email: jweinberg@usisg.com
Attention: Joel B. Weinberg, President

With a copy to:

Brian L. Davidoff
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Ave of the Stars, 21st Floor
Los Angeles, CA. 90067

Email: bdavidoff@greenbergglusker.com

(b)   If to Assignee:

Tylt, Inc.
1158 26th Street
Suite 325
Santa Monica, CA 90403
Attention: President
Email: ramir@tylt.com

(d)   Execution in Counterparts. For the convenience of the parties, this Assignment may be executed in one or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

(e)   Benefit and Burden. This Assignment shall be binding upon, shall inure to the benefit of, and be enforceable by and against, the parties hereto and their respective successors and permitted assigns. If this Assignment is set aside or determined to be void or invalid by a court of competent jurisdiction through no fault or cause of Seller, Assignee agrees that Seller shall have no responsibility or liability of any kind or nature whatsoever, including without limitation, direct, indirect or consequential damages. Except as expressly provided herein, the rights and obligations of a party hereunder may not be assigned, transferred, delegated, or encumbered without the prior written consent of the other party; provided, however, that Assignee may (a)(i) assign any or all of its rights and interest hereunder to one or more of its affiliates and (ii) designate one or more of its affiliates to perform its obligations hereunder or (b) assign any or all of its rights and interest hereunder to any lender as collateral in connection with a financing of Assignee or any respective affiliates, or to the acquirer or successor in interest in connection with any direct or indirect sale (whether equity or all or substantially all of the assets), merger, consolidation or similar reorganization of such person or its business.

(f)   Governing Law/Venue. This Assignment shall be governed by and construed in accordance with the internal laws of the State of California (excluding application of any choice of law doctrines that would make applicable the law of any other state or jurisdiction) and, where appropriate, applicable federal law. Each Party submits to the exclusive jurisdiction and venue of the state and federal courts in in Los Angeles, California. Each Party agrees not to commence any legal proceedings related hereto except in such courts.

(g)   Severability. If any provision of this Assignment is for any reason and to any extent deemed to be invalid or unenforceable, then such provision shall not be voided but rather shall be enforced to the maximum extent then permissible under then applicable law and so as to reasonably effect the intent of the parties hereto, and the remainder of this Assignment will remain in full force and effect.

(h)   Attorneys' Fees. Should a suit or motion be brought to enforce or interpret any provision of this Assignment, the prevailing party shall be entitled to recover reasonable attorneys' fees to be fixed in amount by the Court (including without limitation costs, expenses and fees on any appeal). The prevailing party will be entitled to recover its reasonable costs of suit or

arbitration, as applicable, regardless of whether such suit or arbitration proceeds to a final judgment or award.

(i) Entire Agreement. This Assignment, the Exhibits and Schedules hereto (which are incorporated herein by reference) and any agreements to be executed and delivered in connection herewith, together constitute the entire and exclusive agreement and understanding between the parties and there are no agreements or commitments with respect to the transactions contemplated herein except as set forth in this Assignment. This Assignment supersedes any prior offer, agreement or understanding between the parties with respect to the transactions contemplated hereby.

(j) Independent Counsel. The parties acknowledge and agree that each has been advised to and has had an opportunity to seek independent counsel in connection with matters relating to this Assignment.

(k) Signatories. Each individual that signs this Assignment below represents and warrants to the Parties that he or she is duly authorized to execute and deliver this Assignment on behalf of the Party for which he or she is executing and delivering this Assignment.

**[Signatures appear on next page.]**

DocuSign Envelope ID: C55BA845-E64E-48ED-880F-2A291CAAD839

IN WITNESS WHEREOF, Buyer and Seller executed and delivered this Assignment by their duly authorized representatives as of the date hereof.

**ASSIGEE:**

**Tylt, Inc.**

DocuSigned by:
80235DDF2967 4EE...

By:____________________________
Its: President

**SELLER:**

**Insolvency Services Group, Inc.,**
in its sole and limited capacity as assignee for the benefit of creditors of LDLA Clothing, LLC

By:____________________________
Joel B. Weinberg, President

**SCHEDULE I**

| Title | Registration Number/ (Application Serial Number) | Date of Registration (Date of Filing) | Status | Country |
|---|---|---|---|---|
| | | | | |

DocuSign Envelope ID: C55BA845-E64E-48ED-880F-2A291CAAD839

Foreign Trade Corporation SP&A Trademark

| Matter Number | Trademark | | Country | Class(es) | Serial Number | Filing Date | Registration Number | Registration Date | Status | Original Assignee (For Current Owners' Info.) | Current Assignee (For Assignments) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | ALOY | "ALOY" word mark only | US | 009 | 86/081941 | 01-Feb-2014 | 4596899 | 02-Sep-2014 | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| 415-059 | BAND | "BAND" word mark only | US | 009 | [illegible] | [illegible] | 4373735 | 23-Jul-2013 | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| 420-059 | BAND | "BAND" word mark only | US | [illegible] | [illegible] | [illegible] | [illegible] | 25-Feb-2014 | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | BUILT TO TYLT | "BUILT TO TYLT" word mark only | US | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | [illegible] | [illegible] word mark only | US | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| 425-059 | [illegible] | [illegible] word mark only | US | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| 429-059 | DIMMI | "DIMMI" word mark only | US | 009 | 86/240030 | 02-Apr-2014 | | | Allowed; Final Extension Fild | FOREIGN TRADE CORPORATION | None Recorded |
| 430-059 | DIMMI | "DIMMI" word mark only | US | 009 | 86/240035 | 02-Apr-2014 | | | Allowed; Final Extension Fild | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | [illegible] | [illegible] word mark only | US | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| 436-059 | ENERGI SLIDING POWER CASE | "ENERGI SLIDING POWER CASE" word mark only | US | 009 | 86/516,315 | 28-Jan-2015 | 4779277 | 21-Jul-2015 | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| 437-059 | ENERGI SMART CHARGER | "ENERGI SMART CHARGER" word mark only | US | 9 | 86/519,738 | 30-Jan-2015 | 4783716 | 28-Jul-2015 | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | FLYP | "FLYP" word mark only | US | 9 | [illegible] | 22-Feb-2015 | | | Pending | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | GO GO JUICE | "GO GO JUICE" word mark only | US | 9 | [illegible] | 04-Jul-2015 | | | Pending | FOREIGN TRADE CORPORATION | None Recorded |
| 407-059 | Inclined to Innovate | "Inclined to Innovate" word mark only | US | 009, 018, 025 | 85/431436 | 25-Sep-2011 | | | Abandoned | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | [illegible] | | [illegible] | | [illegible] | [illegible] | | | Pending | *Not Found on TSDR* | *Not Found on TSDR* |
| [illegible] | [illegible] | [illegible] word mark only | US | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | [illegible] | | | | | | | | | | |
| [illegible] | [illegible] | | | | | | | | | | |
| [illegible] | [illegible] | | | | | | | | | | |
| [illegible] | [illegible] | | | | | | | | | | |
| 408-059 | LYLL | TYLT | US | 009, 018, 025 | 85/506063 | 29-Dec-2011 | 4329108 | 30-Apr-2013 | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | PILLO | PILLO | US | [illegible] | [illegible] | [illegible] | 4527146 | [illegible] | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | POWERPAK | POWERPAK | US | [illegible] | [illegible] | 30-Sep-2010 | | | Abandoned | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | POWERPAK TRAVEL CHARGER | POWERPAK TRAVEL CHARGER | US | 9 | 77/799243 | 06-Aug-2009 | 386557 | 19-Oct-2010 | Cancelled | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | [illegible] | [illegible] word mark only | US | [illegible] | [illegible] | [illegible] | | | Abandoned | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | RANDOM ORDER | | BR | | [illegible] | 25-May-2012 | | | Pending | *Not Found on TSDR* | *Not Found on TSDR* |
| [illegible] | RANDOM ORDER | "RANDOM ORDER" word mark only | US | [illegible] | [illegible] | 03-Apr-2012 | [illegible] | [illegible] | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| 412-059 | RANDOM ORDER | "RANDOM ORDER" word mark only | US | 018 | [illegible] | 03-Apr-2012 | [illegible] | [illegible] | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | RANDOM ORDER | "RANDOM ORDER" word mark only | US | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | [illegible] | [illegible] word mark only | US | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | SMART CHARGER [illegible] | "SMART CHARGER [illegible]" word mark | US | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | SMART CHARGER [illegible] | "SMART CHARGER [illegible]" word mark | US | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | [illegible] | "[illegible]" word mark only | US | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | T | | [illegible] | [illegible] | | | [illegible] | [illegible] | Registered | | |
| 402-059 | T | (design) | US | 009 | 77/777967 | 09-Jul-2009 | 3804663 | 15-Jun-2010 | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | TAGZ | "TAGZ" word mark only | US | [illegible] | [illegible] | [illegible] | | | Abandoned | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | [illegible] | | [illegible] | [illegible] | | | [illegible] | [illegible] | Registered | | |
| [illegible] | [illegible] | "[illegible]" word mark only | US | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| 431-059 | THE INTERNET OF YOU | "THE INTERNET OF YOU" word mark only | US | 009 | 86/251916 | 14-Apr-2014 | | | Abandoned | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | The Tylt Opposition | | US | [illegible] | | | | | Opposed | | |
| [illegible] | TÛNZ | | US | 009 | [illegible] | [illegible] | | | Abandoned | FOREIGN TRADE CORPORATION | None Recorded |
| 116A-059 | TUNZ | TÛNZ | US | | 85/775268 | 08-Nov-2012 | | | Abandoned | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | TYLT | | [illegible] | [illegible] | | | [illegible] | [illegible] | Registered | | |
| [illegible] | TYLT | | [illegible] | | [illegible] | 27-Feb-2015 | | | Pending | *Not Found on TSDR* | *Not Found on TSDR* |
| [illegible] | TYLT | | [illegible] | 009 | | | [illegible] | 16-Mar-2012 | Registered | | |
| [illegible] | TYLT | | [illegible] | 018 | | | [illegible] | 16-Mar-2012 | Registered | | |
| [illegible] | TYLT | | [illegible] | [illegible] | | | [illegible] | [illegible] | Registered | | |
| [illegible] | TYLT | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Registered | SUPER BIKE PRODUCTS INC [illegible] | None Recorded |
| [illegible] | TYLT | | [illegible] | [illegible] | | | [illegible] | 09-Jun-2012 | Registered | | |

DocuSign Envelope ID: C55BA845-E64E-48ED-880F-2A291CAAD839

| Matter Number | Trademark | | Country | Class(es) | Serial Number | Filing Date | Registration Number | Registration Date | Status | Original Assignee (Per "Current Owner" Info.) | Current Assignee (Per Assignments) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | TYLT | "TYLT" word mark only | US | [illegible] | [illegible] | 28-Feb-2011 | [illegible] | [illegible] | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | TYLT | "TYLT" word mark only | US | [illegible] | [illegible] | [illegible] | [illegible] | 30-Jul-2013 | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| 417-059 | TYLT BUILT TO TYLT | TYLT | US | 009 | 85/794790 | 05-Dec-2012 | 4379403 | 06-Aug-2013 | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| 441-007 | TYLT Design | | US | [illegible] | [illegible] | [illegible] | | | [illegible] | "Not Found on TSDR" | "Not Found on TSDR" |
| 432-059 | TYLT SMART CHARGER | "TYLT SMART CHARGER" word mark only | US | 009 | 86/309,788 | 13-Jun-2014 | 4718163 | 07-Apr-2015 | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| 434-059 | TYLTTT | "TYLTTT" word mark only | US | [illegible] | 86/367,453 | 07-Sep-2014 | | | Allowed, Extension Filed | Ramin Rostami | None Recorded |
| [illegible] | TYLTLAB | "TYLTLAB" word mark only | US | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Registered | Ramin Rostami | None Recorded |
| 318-059 | VU | "VU" word mark only | US | [illegible] | [illegible] | 01-Jun-2013 | [illegible] | 13-May-2014 | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| 319-059 | Y-CHARGE | "Y-CHARGE" word mark only | US | [illegible] | [illegible] | [illegible] | [illegible] | 16-Jul-2015 | Registered | FOREIGN TRADE CORPORATION | None Recorded |
| [illegible] | AMPULANCE | "AMPULANCE" word mark only | US | 009 | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| [illegible] | BLOCK PARTY | "BLOCK PARTY" word mark only | US | [illegible] | [illegible] | [illegible] | | | Pending | FOREIGN TRADE CORPORATION | TBD |
| 447-059 | New TYLT + Logo | | US | 009 | 87/416169 | 18-Apr-2017 | | | Pending | FOREIGN TRADE CORPORATION | TBD |
| 448-059 | New TYLT Logo | TYLT | US | 009 | 87/416186 | 18-Apr-2017 | | | Pending | FOREIGN TRADE CORPORATION | TBD |

DocuSign Envelope ID: C55BA845-E64E-48ED-880F-2A291CAAD839

**SCHEDULE 2**

DocuSign Envelope ID: C55BA845-E64E-48ED-880F-2A291CAAD839

Foreign Trade Corporation D/B/A Technocel
Patent Status Report

| Family Number | Matter Number | Country Code | Issue Date | Pat Number | Title | Status | Related TVT Products | Original Assignee (Per ADS) | Current Assignee (Per Assignment Tab) | Figure 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | | SMART CHARGER | | | |
| | [illegible] | US | | | [illegible] DEVICE | [illegible] | | No ADS (Ramin Rostami is Listed as the Applicant on Filing Receipt) | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | [illegible] | [illegible] | [illegible] DEVICES | Granted | | No ADS (Ramin Rostami is Listed as the Applicant on Filing Receipt) | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | MX | [illegible] | [illegible] | [illegible] DATA AND POWER WITH ELECTRONIC DEVICES | [illegible] | | Not Accessible via PAIR (MX) | Not Accessible via PAIR (MX) | |
| | [illegible] | US | TBD | TBD | [illegible] DATA AND POWER WITH ELECTRONIC DEVICES | Published | | ADVANCED WIRELESS INNOVATIONS LLC (Per ADS) | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | | | [illegible] DATA AND POWER WITH ELECTRONIC DEVICES | Unfiled | | Not Applicable (TBD) | Not Applicable (TBD) | |
| [illegible] | | | | | | | [illegible] | | | |
| | [illegible] | US | | | [illegible] | Converted | | [illegible] | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | [illegible] | [illegible] | [illegible] GENERATING USER DETECTABLE AUDIO AND | Granted | | No ADS (Ramin Rostami is Listed as the Applicant on Filing Receipt) | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | | | [illegible] | [illegible] | | [illegible] | ADVANCED WIRELESS INNOVATIONS LLC | |
| [illegible] | | | | | | | [illegible] | | | |
| | [illegible] | US | | | [illegible] DEVICES | [illegible] | | No ADS (Ramin Rostami is Listed as the Applicant on Filing Receipt) | ADVANCED WIRELESS INNOVATIONS LLC | No Published Figure |
| [illegible] | | | | | | | [illegible] | | | |
| | [illegible] | US | | | [illegible] DC POWER [illegible] VIA MULTIPLE AC SOURCE | Converted | | [illegible] | [illegible] | |
| | [illegible] | US | [illegible]-May-12 | [illegible] | CONFIGURABLE APPARATUS AND METHODS FOR SUPPLYING POWER AND DATA TO ELECTRONIC | Granted | | No ADS (Ramin Rostami is Listed as the Applicant on Filing Receipt) | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | [illegible] | [illegible] | [illegible] | Granted | | [illegible] | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | [illegible] | [illegible] | [illegible] SUPPLYING POWER AND DATA TO ELECTRONIC | Granted | | FOREIGN TRADE CORPORATION (Per ADS) | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | [illegible] | [illegible] | [illegible] SUPPLYING POWER AND DATA TO ELECTRONIC | Granted | | [illegible] | ADVANCED WIRELESS INNOVATIONS LLC | FIGURE 1A |
| | [illegible] | US | | | CONFIGURABLE APPARATUS AND METHODS FOR SUPPLYING POWER AND DATA TO ELECTRONIC | Published | | ADVANCED WIRELESS INNOVATIONS LLC (Per ADS) | ADVANCED WIRELESS INNOVATIONS, LLC | |
| 505 | | | | | | | [illegible] | | | |
| | [illegible] | US | | | [illegible] AND DATA TO ELECTRONIC DEVICES | Converted | | No ADS (Ramin Rostami is Listed as the Applicant on Filing Receipt) | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | | | [illegible] POWER AND DATA WITH ELECTRONIC DEVICES | Converted | | [illegible] | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | | | [illegible] POWER AND DATA WITH ELECTRONIC DEVICES | Published | | [illegible] | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | | | [illegible] POWER AND DATA WITH ELECTRONIC DEVICES | Converted | | No ADS (Ramin Rostami is Listed as the Applicant on Filing Receipt) | [illegible] | FIGURE 1B |
| | [illegible] | US | | | [illegible] POWER AND DATA WITH ELECTRONIC DEVICES | Allowed | | ADVANCED WIRELESS INNOVATIONS LLC (Per ADS) | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | TBD | TBD | [illegible] POWER AND DATA WITH ELECTRONIC DEVICES | | | Not Applicable (TBD) | Not Applicable (TBD) | |
| [illegible] | | | | | | | | | | |
| | [illegible] | US | | | A RECONFIGURABLE CABLE FOR [illegible] ELECTRONIC DEVICES TO APPARATUS FOR SUPPLYING | Abandoned | | Cannot Access VIA PAIR | [illegible] | Cannot Access VIA PAIR |
| [illegible] | | | | | | | | | | |
| | [illegible] | US | | | [illegible] OF FORMING APPARATUS | Abandoned | | [illegible] | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | [illegible] | | | [illegible] OF FORMING APPARATUS | Converted | | Cannot Access VIA PAIR | [illegible] | |
| [illegible] | | | | | | | SMART CHARGER + DATA | | | |
| | [illegible] | US | | | [illegible] AND COMMUNICATING DATA WITH ELECTRONIC | [illegible] | | No ADS (Ramin Rostami is Listed as the Applicant on Filing Receipt) | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | [illegible] | [illegible] | [illegible] DATA AND POWER WITH ELECTRONIC DEVICES | Granted | | [illegible] | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | [illegible] | [illegible] | DATA AND POWER WITH ELECTRONIC DEVICES | Granted | | [illegible] | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | | | DATA AND POWER WITH ELECTRONIC DEVICES | Published | | No Entity Filled in on ADS 'Applicant' Section (Left Blank) | [illegible] | |

DocuSign Envelope ID: C55BA845-E64E-48ED-880F-2A291CAAD839

| Family Number | Matter Number | Country Code | Issue Date | Pat Number | Title | Status | Related CTLT Product | Original Analysis (Per ADS) | Current Analysis (Per Assignment Tab) | Figure 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | [illegible] | | | [illegible] DATA AND POWER WITH ELECTRONIC DEVICES | Expired | | [illegible] | No Assignment Data | |
| | [illegible] | US | [illegible] | [illegible] | [illegible] DEVICE | Allowed | | ADVANCED WIRELESS INNOVATIONS LLC (Per ADS) | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | [illegible] | | | [illegible] DEVICE | Not Filed | | Not Applicable (TBD) | Not Applicable (TBD) | |
| [illegible] | | | | | | | [illegible] CAR CHARGER | | | |
| | [illegible] | US | [illegible] | [illegible] | [illegible] | Granted | | [illegible] | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | No Entity Filled in on ADS Applicant Section (Left Blank) | ADVANCED WIRELESS INNOVATIONS LLC | |
| [illegible] | | | | | | | [illegible] CAR CHARGER DESIGN | | | |
| | [illegible] | US | [illegible] | D728,[illegible] | Power Connector Cable | Granted | | No ADS (Ramin Rostami is Listed as the Applicant on Filing Receipt) | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | [illegible] | [illegible] | Power Connector | Granted | | No ADS (Ramin Rostami is Listed as the Applicant on Filing Receipt) | ADVANCED WIRELESS INNOVATIONS LLC | |
| [illegible] | | | | | | | [illegible] CHARGE DESIGN | | | |
| | [illegible] | US | [illegible] | [illegible] | Power Connector | Granted | | No ADS (Ramin Rostami is Listed as the Applicant on Filing Receipt) | ADVANCED WIRELESS INNOVATIONS LLC | |
| [illegible] | | | | | | | | | | |
| | [illegible] | US | | | [illegible] AND COMMUNICATING DATA [illegible] DEVICES | Abandoned | | Cannot Access VIA PAIR | Cannot Access VIA PAIR | Cannot Access VIA PAIR |
| [illegible] | | | | | | | [illegible] CASES) | | | |
| | [illegible] | [illegible] | | | SYSTEM, APPARATUS AND METHOD FOR [illegible] ELECTRONIC DEVICE POWER MODULE AND CASE | [illegible] | | [illegible] | [illegible] | |
| | [illegible] | US | | | SYSTEM, APPARATUS AND METHOD FOR [illegible] ELECTRONIC DEVICE POWER MODULE AND CASE | Granted | | No ADS (Ramin Rostami is Listed as the Applicant on Filing Receipt) | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | | | [illegible] ELECTRONIC DEVICE POWER MODULE AND CASE | Allowed | | [illegible] | [illegible] | |
| [illegible] | | | | | | | DISTRIBUTED SENSOR SYSTEM [illegible] | | | |
| | [illegible] | US | | | [illegible] | Granted | | [illegible] | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | | | MONITORING SYSTEM, APPARATUS AND METHOD | Granted | | No ADS (Ramin Rostami is Listed as the Applicant on Filing Receipt) | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | | | [illegible] | [illegible] | | [illegible] | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | [illegible] | | | MONITORING SYSTEM, APPARATUS AND METHOD | Abandoned | | Data for the International Application is not available' Message from PAIR | [illegible] | |
| | [illegible] | US | | | MONITORING SYSTEM, APPARATUS AND METHOD | Published | | [illegible] Original Applicant Per Initial ADS (Ramin Rostami) | ADVANCED WIRELESS INNOVATIONS LLC | |
| [illegible] | | | | | | | [illegible] | | | |
| | [illegible] | US | | | [illegible] PROJECTION MODULE PLACEMENT | Granted | | [illegible] | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | US | [illegible] | [illegible] | [illegible] ALIGNMENT TOOL, SYSTEM, AND METHOD FOR | Allowed | | [illegible] Original Applicant Per Initial ADS (None-No Entity Filled in on ADS | ADVANCED WIRELESS INNOVATIONS LLC | |
| | [illegible] | [illegible] | | | [illegible] ALIGNMENT TOOL, SYSTEM, AND METHOD FOR | Abandoned | | [illegible] | | |
| [illegible] | | | | | | | [illegible] Power Case V1 | | | |
| | [illegible] | US | | | [illegible] | Granted | | No ADS (Ramin Rostami is Listed as the Applicant on Filing Receipt) | [illegible] | |
| | [illegible] | [illegible] | | | [illegible] | [illegible] | | Data for the International Application is not available' Message from PAIR | [illegible] | |
| | [illegible] | [illegible] | | | [illegible] | Published | | [illegible] | [illegible] | |
| | [illegible] | [illegible] | | | [illegible] | Not Filed | | Not Applicable (TBD) | Not Applicable (TBD) | |
| | [illegible] | [illegible] | | | [illegible] | Pending | | | | |
| | [illegible] | Canada | | | [illegible] | Pending | | | | |
| | [illegible] | [illegible] | | | [illegible] | Published | | | | |
| | [illegible] | [illegible] | | | [illegible] | Pending | | | | |
| [illegible] | | | | | | | [illegible] | | | |

DocuSign Envelope ID: C55BA845-E64E-48ED-880F-2A291CAAD839

| Family Number | Matter Number | Country Code | Issue Date | Pat Number | Title | Status | Related TYLT Products | Original Assignee (Per ADS) | Current Assignee (Per Assignment Tab) | Figure 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | US | | | [illegible] AND METHOD FOR [illegible] ENERGY | Converted | | No ADS (Shawn Pasternak is Applicant on Filing Receipt) | ADVANCED WIRELESS INNOVATIONS, LLC | |
| | [illegible]US | US | | | [illegible] AND METHOD FOR [illegible] ENERGY | Allowed | | [illegible] | ADVANCED WIRELESS INNOVATIONS, LLC | |
| [illegible] | | | | | | | [illegible] | | | |
| | [illegible] | US | | | [illegible] ENERGY STORAGE | Converted | | [illegible] | [illegible] | |
| | [illegible]US | US | | | [illegible] ENERGY STORAGE | Converted | | [illegible] | [illegible] | |
| | [illegible] | US | | | [illegible] ENERGY STORAGE | Converted | | [illegible] | [illegible] | |
| | [illegible] | US | | | [illegible] ENERGY STORAGE | [illegible] | | | | |
| | [illegible] | WO | | | [illegible] ENERGY STORAGE | Abandoned | | [illegible] | [illegible] PAID | |
| | [illegible]US | US | | | [illegible] ENERGY STORAGE | Allowed | | ADVANCED WIRELESS INNOVATIONS LLC (Per ADS) | [illegible] | |
| | [illegible] | [illegible] | | | [illegible] ENERGY STORAGE | | | Not Applicable (TBD) | Not Applicable (TBD) | |
| | [illegible]CA | CA | | | [illegible] ENERGY STORAGE | Pending | | | | |
| | [illegible] | [illegible] | | | [illegible] ENERGY STORAGE | Pending | | | | |
| | [illegible]CN | CN | | | [illegible] ENERGY STORAGE | Pending | | | | |
| | [illegible] | MX | | | [illegible] ENERGY STORAGE | Pending | | | | |
| | [illegible]EP | [illegible] | | | ELECTRONIC DEVICE ATTACHMENT WITH ELECTRICAL ENERGY STORAGE | Published | | | | |
| | [illegible] | [illegible] | | | [illegible] ENERGY STORAGE | Pending | | | | |
| 319 | | | | | | | [illegible] | | | |
| | [illegible] | US | | | ULTRA-SLIM INDUCTIVE CHARGING | Converted | | [illegible] | ADVANCED WIRELESS INNOVATIONS, LLC | |
| | [illegible] | US | | | ULTRA-SLIM INDUCTIVE CHARGING | Pending | | ADVANCED WIRELESS INNOVATIONS LLC (Per ADS) | No Assignment Data | |
| | [illegible] | PCT | | | ULTRA-SLIM INDUCTIVE CHARGING | Pending | | [illegible] Listed as the Applicant, According to Misc. Docs in Image File Wrapper | No Assignment Data | |
| [illegible] | | | | | | | [illegible] | | | |
| | [illegible] | US | | | WIRELESS SECURITY SYSTEM | Converted | | [illegible] | [illegible] | |
| | [illegible] | US | | | WIRELESS SECURITY SYSTEM | Converted | | ADVANCED WIRELESS INNOVATIONS LLC (Per ADS) | No Assignment Data | |
| | [illegible] | US | | | WIRELESS SECURITY SYSTEM | Pending | | [illegible] | No Assignment Data | |
| | [illegible]WO | PCT | | | WIRELESS SECURITY SYSTEM | Pending | | No Filing Receipt/ADS. ADVANCED WIRELESS INNOVATIONS LLC is listed as the Applicant, According to Misc. Docs in Image File Wrapper | No Assignment Data | |
| [illegible] | | | | | | | [illegible] | | | |
| | [illegible] | US | | | [illegible] | [illegible] | | Not Applicable (TBD) | Not Applicable (TBD) | Not Applicable (TBD) |
| [illegible] | | | | | | | [illegible] Battery Pack | | | |
| | [illegible]US | US | | | [illegible] | Pending | | [illegible] (Per ADS) | No Assignment Data | No Published Docs. |
| [illegible] | | | | | | | Design - [illegible] Battery Pack | | | |
| | [illegible] | US | | | [illegible] POWER SUPPLY | Pending | | [illegible] (Per ADS) | No Assignment Data | No Published Docs. |
| [illegible] | | | | | | | Design - [illegible] Battery Pack | | | |
| | [illegible]US | US | | | [illegible] POWER SUPPLY | Pending | | FOREIGN TRADE CORPORATION (Per ADS) | No Assignment Data | No Published Docs. |
| [illegible] | | | | | | | Design - Pocket Battery Pack | | | |
| | [illegible]US | US | | | [illegible] POWER SUPPLY | Pending | | FOREIGN TRADE CORPORATION (Per ADS) | No Assignment Data | No Published Docs. |
| [illegible] | | | | | | | Dodge - [illegible] | | | |
| | [illegible] | US | | | PORTABLE POWER SUPPLY | Pending | | FOREIGN TRADE CORPORATION (Per ADS) | No Assignment Data | No Published Docs. |

TRADEMARK
REEL: 006419 FRAME: 0382

DocuSign Envelope ID: C55BA845-E64E-48ED-880F-2A291CAAD839

| Family Number | Matter Number | Country Code | Issue Date | Pat Number | Title | Status | Select [illegible] Products | Original Assignee (Per [illegible]) | Current Assignee (Per Assignment Tab) | Report [illegible] |
|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | | Redesigned Battery Pack Line | | | No Published Docs |
| | [illegible] | [illegible] | | | [illegible] | [illegible] | | FOREIGN TRADE CORPORATION (Per [illegible]) | No Assignment Data | |
| [illegible] | | | | | | | Redesigned Battery Pack Line | | | Not Applicable ([illegible]) |
| | [illegible] | | | | [illegible] | [illegible] | | Not Applicable ([illegible]) | Not Applicable ([illegible]) | |
| [illegible] | | | | | | | Redesigned Battery Pack Line | | | Not Applicable ([illegible]) |
| | [illegible] | | | | [illegible] | | | Not Applicable ([illegible]) | Not Applicable ([illegible]) | |