# EXHIBIT G

## Corporate Records & Business Registrations

### Source Information

| | |
|---|---|
| **Information Current Through:** | 01/04/2019 |
| **Database Last Updated:** | 01/05/2019 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 01/14/2019 |
| **Source:** | CALIFORNIA SECRETARY OF STATE |

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

### Registered Agent Information

| | |
|---|---|
| **Name:** | GERARD CASALE |
| **Address:** | 1158 26TH ST. SUITE 325 SANTA MONICA, CA 90403 |

### Principal Information

| | |
|---|---|
| **Name:** | RAMI ROSTAMI |
| **Address:** | 685 COCHRAN ST. SIMI VALLEY, CA 93065 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Company Information

| | |
|---|---|
| **Name:** | ADVANCED WIRELESS INNOVATIONS, LLC |
| **Address:** | 1158 26TH ST. SUITE 325 SANTA MONICA, CA 90403 |

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

### Filing Information

| | |
|---|---|
| **LLC Jurisdiction:** | DELAWARE |
| **LLC Business Type:** | WIRELESS ACCESSORIES |
| **Identification Number:** | 201605310135 |
| **Filing Date:** | 02/03/2016 |
| **State of Incorporation:** | DELAWARE |
| **Status:** | ACTIVE |
| **Business Type:** | LIMITED LIABILITY COMPANY |
| **Where Filed:** | SECRETARY OF STATE/ CORPORATIONS DIVISION 1500-11TH STREET SACRAMENTO, CA 95814 |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing*

*a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**

© 2019 Thomson Reuters. No claim to original U.S. Government Works.