# EXHIBIT E



Brian L. Davidoff

D:  310.201.7520
F:  310.201.2328
BDavidoff@ggfirm.com
File Number: 42315.00002

February 12, 2019

**Via Email: JSchnurer@perkinscoie.com**

John P. Schnurer, Esq.
Perkins Coie, LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130-2594

      Re:   *Lucent Trans Electronic Co., Inc. v. Foreign Trade Corporation, dba Technocel, Tylt, Inc., Ramin Rostami, Advanced Wireless Innovations, LLC*
            Case No. 2-18-CV-08638

Dear Mr. Schnurer:

      We represent Insolvency Services Group, Inc. in its capacity as Assignee for benefit of creditors of Foreign Trade Corporation, dba Technocel ("FTC"). Please be advised that FTC executed a General Assignment for the benefit of Creditors in favor of ISG on January 9, 2018. A copy of the Notice to Creditors informing them of the assignment, and a copy of Bulletin #1, is attached.

      A copy of the lawsuit that your client filed against FTC, Tylt, Inc and Ramin Rostami has been handed to me for attention and reply.

      As a result of the Assignment, all of the assets of FTC have been assigned to ISG for the benefit of its creditors. Accordingly, while we do not represent FTC, we advise you that pursuing your claim against FTC will not result in any payment from that entity, since all the assets have been assigned pursuant to the General Assignment to ISG.

      I am advised that your client was identified on the creditor list of FTC and was served with the Notice of General Assignment at the following address:

           High Tech Global (Lucent)
           9F-1, No. 16 Chien Pah Rd.
           Taipei, Taiwan

      As you will notice, Wednesday, July 11, 2018 was identified the last day to file claims in the Bulletin #1 to Creditors. However, if your client advises us under oath that they did not receive a copy of the Notice to Creditors, ISG will consider the extension of the bar date as to your client.

1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067
MAIN 310.553.3610   FAX 310.553.0687   GreenbergGlusker.com
42315-00002/3133587.2

John P. Schnurer, Esq.
February 12, 2019
Page 2

      Should you have any questions, please feel free to contact me.

                                      Sincerely,

                                      Brian L. Davidoff

BLD:sh
Enclosure

cc: Gunther Gee (via email)

42315-00002/3133587.2

**INSOLVENCY SERVICES GROUP, INC.**
1875 Century Park East, Suite 2100
Los Angeles, CA  90067

## Notice of General Assignment

DATE: January 9, 2018

CASE NUMBER:  1211

IN RE:   **Foreign Trade Corporation doing business as Technocel,
               a California corporation**

The above named has executed a General Assignment for the benefit of its creditors in favor of:

**Insolvency Services Group, Inc.
(a California Corporation)**

NOT SUBJECT TO ATTACHMENT

(See – Brainard vs. Fitzgerald – 3. CAL. (2d) – 157)

Formal notice including Proof of Claim form will be mailed to all creditors of record in approximately 30 days.

For further information:

Creditor Claims Line (949) 494-7160 or claims@usisg.com

Joel Weinberg
President
Insolvency Services Group, Inc.



February 8, 2018

**In the matter of**                                               )        **Case # 1211**
                                                                              )
**Foreign Trade Corporation d/b/a Technocel**   )
**685 Cochran Street, Suite 200**                    )        **Bulletin #1**
**Simi Valley, CA  93065**                                 )
                                                                              )
                    Debtor.                                            )
_____)

**TO THE CREDITORS AND SHAREHOLDERS:**

NOTICE IS HEREBY GIVEN THAT on January 9, 2018, Foreign Trade Corporation d/b/a Technocel, a California corporation, ("FTC") executed a General Assignment for the benefit of its creditors in favor of Insolvency Services Group, Inc., a California corporation (the "Assignee").

General Assignments are a well-established means to liquidate an insolvent company and are generally considered to be a more cost-effective alternative to the filing of a Chapter 7 bankruptcy.  General Assignments have been a part of the law in the State of California for over 75 years.

FTC operated a cell phone accessory distribution business which included the resale of cell phone accessories purchased from suppliers, the design and contract manufacturing of its own Tylt branded chargers and accessories and the contract manufacturing of private labeled accessories for its customers.  FTC utilized contract manufacturers, primarily located overseas and did not own or operate the manufacturing facilities.

FTC reported that beginning in 2016 industry trends had adversely affected both the revenue and margin of its cell phone accessory distribution business and that since that time FTC incurred significant losses that were not sustainable.  In addition, the company's overhead structure related to its distribution business and liabilities related to discontinued businesses made continued operations impractical.  Accordingly, FTC's shareholder and directors elected to liquidate it by means of a General Assignment.

At the time of the General Assignment, FTC's assets consisted of the following;

1. Bank balances of approximately $219,585;
2. Customer accounts receivable (net of known credits, allowances and bad debts) estimated to be $1,990,939; (the ultimate amounts which can be collected remain subject to further adjustment);
3. Cell phone accessory inventories totaling $10,943,920 at cost[1]; consisting of $6,178,003 of Tylt branded inventory and $4,765,916 of other branded inventories.

---

[1] Inventories at cost are inclusive of the following classifications of inventory: current products, slow moving, discontinued or obsolete; inventories designated as scrap are excluded.

1875 Century Park East, Suite 2100 Los Angeles, CA  90067   Tel: (310) 385-0006   Fax: (310) 385-0030   **www.USISG.com**
**LOS ANGELES**                                   **ORANGE COUNTY**                                   **SAN FRANCISCO**

Ex. E pg. 4

4. Intangible assets, including registered trademarks, internet domain names, patent applications, customer lists, product designs, product codes/vendor identifiers and related intellectual property;

5. Office furniture and equipment, materials handling equipment at its distribution center and a 2012 Bentley Continental GT convertible automobile;

6. Other miscellaneous assets, including but not limited to, customer return retentions, landlord deposits and refunds to the extent that they can be recovered.

As of the date of the Assignment, FTC owed its factor, LSQ Funding Group, LC (the "Secured Lender"), approximately $1,171,737 plus accrued interest and fees for amounts owing under a factoring agreement for which FTC had pledged substantially all of its assets as security. In addition to the debts owed to its Secured Lender, FTC reported general unsecured debts totaling approximately $30,845,975. FTC reported that it had paid its employees all of their final wages and accrued vacation in accordance with California law upon their termination. Accordingly, priority claims by former employees for unpaid wages or vacation are not expected in this case. The existence of other priority claims, if any, will be determined during the administration of the General Assignment.

During its diligence and prior to accepting the Assignment, FTC's principal and shareholder informed the Assignee that he had formed a new entity, Tylt, Inc. which intended to make a bid to purchase from the Assignee the assets related to FTC's Tylt branded business. The Assignee engaged the valuations division of national liquidation firm Tiger Group to appraise and formulate a liquidation plan for the inventories, office furniture and materials handling equipment. The Assignee also commissioned a valuation of the Tylt brand name and related intellectual property. The Assignee then entered into substantial negotiations with Tylt, Inc. that concluded with an agreement to sell to Tylt, Inc. the assets related to the Tylt business and to sell on consignment the Tylt branded inventories (the "Tylt Assets"). Upon the Assignee's acceptance of the General Assignment, the parties executed the sale agreement, which will close upon the Secured Lender's release of its security interest in the assets being sold. The terms of the sale commit the buyer, Tylt Inc., to pay the Assignee minimum consideration for the Tylt Assets of at least $822,000 over the next 180 days. The Assignee has concluded that the sale of the Tylt Assets is beneficial to creditors for the following reasons: 1) the Tiger appraisals indicate that the minimum consideration being paid for the Tylt Assets meaningfully exceeds the expected net proceeds under forced liquidation conditions 2) it provides a specified minimum amount of proceeds for the Tylt Assets, which other forms of sale may not 3) it ensures the continued availability of support services critical to the success of the Assignee's liquidation, such as staffing to administer the customer accounts receivable collections and 4) it provides for cost sharing by the parties of the 40,000 sq. ft. distribution center which will house the inventory during the liquidation process.

As of February 5, 2018, the Secured Lender reported that it had collected sufficient customer accounts receivable to satisfy the outstanding factoring loan obligations and the release of its security interests in FTC's assets will be forthcoming. Once the release has been received the Assignee will proceed to close the pending sale with Tylt, Inc., commence the liquidation of the other (non-Tylt branded) inventory and to administer the collection of the remaining customer accounts receivable and other assets.

Creditors are advised that in order to participate in distributions, they must file a Proof of Claim with the Assignee's Claims Agent in accordance with the instructions provided on the Proof of Claim form enclosed with this notice. Creditors are urged to file a Proof of Claim. Creditors seeking confirmation of receipt of their claim should include a self-addressed, stamped envelope and their request for confirmation of receipt of their claim along with the

1875 Century Park East, Suite 2100 Los Angeles, CA  90067   Tel: (310) 385-0006   Fax: (310) 385-0030   www.USISG.com
**LOS ANGELES**            **ORANGE COUNTY**            **SAN FRANCISCO**

Ex. E pg. 5

submission of their Proof of Claim.  At this time, it is expected that there will be sufficient proceeds available to make distributions to the unsecured creditors.

    PLEASE TAKE NOTICE THAT COMPLETED PROOF OF CLAIM FORMS MUST BE RETURNED NOT LATER THAN **WEDNESDAY, JULY 11, 2018 AT 5:00 P.M.**  IF YOU HAVE QUESTIONS REGARDING THIS BULLETIN OR YOUR CLAIM, PLEASE CALL THE ASSIGNEE'S CLAIMS AGENT AT (949) 494-7160 OR claims@usisg.com.

    Very truly yours,
    INSOLVENCY SERVICES GROUP, INC.

By: _____
    Joel B. Weinberg, President

Enclosures:    Proof of Claim form
                   IRS Form W-9

1875 Century Park East, Suite 2100 Los Angeles, CA  90067   Tel: (310) 385-0006   Fax: (310) 385-0030   **www.USISG.com**
**LOS ANGELES**            **ORANGE COUNTY**            **SAN FRANCISCO**

Ex. E pg. 6

# **PROOF OF CLAIM**

**TO:** Insolvency Services Group, Inc.
ATTN: Creditor Claims
**Foreign Trade Corporation d/b/a Technocel**
**900 Glenneyre Street # 944B**
**Laguna Beach, California 92651**

**RE:** **Foreign Trade Corporation d/b/a Technocel**

**The undersigned is a creditor of Foreign Trade Corporation d/b/a Technocel ("Debtor"), and hereby files a claim as indicated below. As evidence of claim, an itemized Statement of Account, applicable Agreement, and/or Promissory Note is attached hereto.**

**Date:** _____

**Creditor Name:** _____

**Amount of Claim:** $ _____

**Submitted by:** _____
**(Signature)**

_____
**(Print Name)**

_____
**(Title)**

**Phone:** _____   **Federal Tax ID:** _____

**Address:** _____

_____

**E-mail Address (optional):** _____

**NOTES**

1. Interest is applicable only to January 9, 2018, and then, only in the event a written Agreement exists between Claimant and Debtor which provides for payment of interest.

2. **Claims must be received by Wednesday, July 11, 2018.**

| Form **W-9**<br>(Rev. December 2014)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | **Give Form to the<br>requester. Do not<br>send to the IRS.** |
|---|---|---|

**Print or type**
**See Specific Instructions on page 2.**

1  Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

2  Business name/disregarded entity name, if different from above

3  Check appropriate box for federal tax classification; check only **one** of the following seven boxes:
☐ Individual/sole proprietor or single-member LLC    ☐ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Trust/estate
☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____
  **Note.** For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.
☐ Other (see instructions) ▶

4  Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____
*(Applies to accounts maintained outside the U.S.)*

5  Address (number, street, and apt. or suite no.)

6  City, state, and ZIP code

Requester's name and address (optional)

7  List account number(s) here (optional)

**Part I**  **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number
☐☐☐ – ☐☐ – ☐☐☐☐
or
Employer identification number
☐☐ – ☐☐☐☐☐☐☐

**Part II**  **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**  Signature of U.S. person ▶                                              Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at *www.irs.gov/fw9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

• Form 1099-INT (interest earned or paid)
• Form 1099-DIV (dividends, including those from stocks or mutual funds)
• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
• Form 1099-S (proceeds from real estate transactions)
• Form 1099-K (merchant card and third party network transactions)
• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
• Form 1099-C (canceled debt)
• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding.* See *What is backup withholding?* on page 2.

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and
4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting?* on page 2 for further information.

Cat. No. 10231X                                Form **W-9** (Rev. 12-2014)

Ex. E pg. 8