# EXHIBIT E

| Line | PO NO. | PO DATE | DELIVERED TO | PO PLACED BY | DATE | INV NO. | DELIVERED | PAID | OWED TO LUCENT | 60-DAY DUE | PAYEE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | TECHNOCEL | TECHNOCEL | 3/8/2016 | | | 95,062 | 0 | 0 | |
| 2 | 26249 | 12/24/2015 | TECHNOCEL | TECHNOCEL | 4/15/2016 | 201604078-FTC-T | 2,681 | | 2,681 | 0 | |
| 3 | 26247 | 12/24/2015 | TECHNOCEL | TECHNOCEL | 4/15/2016 | 201604079-FTC-O | 4,890 | | 7,571 | 0 | |
| 4 | 26433 | 3/2/2016 | TECHNOCEL | TECHNOCEL | 4/25/2016 | 201604108-FTC-A | 5,800 | | 13,371 | 0 | |
| 5 | 26247 | 12/24/2015 | TECHNOCEL | TECHNOCEL | 5/17/2016 | 201605093-FTC-A | 1,979 | | 15,350 | 0 | |
| 6 | 26247 | 12/24/2015 | TECHNOCEL | TECHNOCEL | 5/23/2016 | 201605142-FTC-O | 11,764 | | 27,114 | 0 | |
| 7 | 26249 | 12/24/2015 | TECHNOCEL | TECHNOCEL | 5/23/2016 | 201605143-FTC-T | 5,497 | | 32,611 | 0 | |
| 8 | | | TECHNOCEL | TECHNOCEL | 6/30/2016 | | | 13,371 | 19,240 | 0 | |
| 9 | 26738 | 6/15/2016 | TECHNOCEL | TECHNOCEL | 7/11/2016 | 201607038-FTC-A | 45,000 | | 64,240 | 0 | |
| 10 | 26738 | 6/15/2016 | TECHNOCEL | TECHNOCEL | 7/15/2016 | 201607082-FTC-A | 43,500 | | 107,740 | 0 | |
| 11 | 26738 | 6/15/2016 | TECHNOCEL | TECHNOCEL | 7/21/2016 | 201607124-FTC-A | 17,400 | | 125,140 | 1,979 | |
| 12 | 26738 | 6/15/2016 | TECHNOCEL | TECHNOCEL | 7/26/2016 | 201607154-FTC-A | 40,600 | | 165,740 | 19,240 | |
| 13 | 26738 | 6/15/2016 | TECHNOCEL | TECHNOCEL | 8/1/2016 | 201608010-FTC-A | 1,566 | | 167,306 | 19,240 | |
| 14 | | | TECHNOCEL | TECHNOCEL | 8/3/2016 | | | 19,240 | 148,066 | 0 | TECHNOCEL |
| 15 | 26857 | 7/20/2016 | TECHNOCEL | TECHNOCEL | 8/12/2016 | 201608063-FTC-F | 145 | 0 | 148,211 | 0 | |
| 16 | 26932 | 8/9/2016 | TECHNOCEL | TECHNOCEL | 8/12/2016 | | | | | | |
| 17 | 26247 | 12/24/2015 | TECHNOCEL | TECHNOCEL | 8/12/2016 | 201608068-FTC-O | 43,827 | 0 | 192,038 | 0 | |
| 18 | 26857 | 7/20/2016 | TECHNOCEL | TECHNOCEL | 8/12/2016 | | | | | | |
| 19 | 26857 | 7/20/2016 | TECHNOCEL | TECHNOCEL | 8/22/2016 | 201608113-FTC-O | 43,500 | 0 | 235,538 | 0 | |
| 20 | 26857 | 7/20/2016 | TECHNOCEL | TECHNOCEL | 8/29/2016 | 201608151-FTC-O | 49,404 | 0 | 284,942 | 0 | |
| 21 | 26692 | 5/27/2016 | TECHNOCEL | TECHNOCEL | 8/29/2016 | 201608152-FTC-A | 9,529 | 0 | 294,471 | 0 | |
| 22 | | | TECHNOCEL | TECHNOCEL | 9/1/2016 | | | 105,900 | 188,571 | 0 | TECHNOCEL |
| 23 | 26692 | 5/27/2016 | TECHNOCEL | TECHNOCEL | 9/1/2016 | 201609006-FTC-A | 14,650 | 0 | 203,221 | 0 | |
| 24 | 26667 | 5/19/2016 | TECHNOCEL | TECHNOCEL | 9/2/2016 | 201609012-FTC-A | 42,599 | 0 | 245,821 | 0 | |
| 25 | 26692 | 5/27/2016 | TECHNOCEL | TECHNOCEL | 9/2/2016 | | | | | | |
| 26 | 26667 | 5/19/2016 | TECHNOCEL | TECHNOCEL | 9/9/2016 | 201609052-FTC-A | 37,690 | 0 | 283,510 | 0 | |
| 27 | 26667 | 5/19/2016 | TECHNOCEL | TECHNOCEL | 9/12/2016 | | | 0 | 308,244 | 0 | |
| 28 | 26871 | 7/22/2016 | TECHNOCEL | TECHNOCEL | 9/12/2016 | 201609059-FTC-A | 24,734 | | | | |
| 29 | 26893 | 7/27/2016 | TECHNOCEL | TECHNOCEL | 9/12/2016 | | | | | | |
| 30 | 26667 | 5/19/2016 | TECHNOCEL | TECHNOCEL | 9/26/2016 | 201609131-FTC-A | 41,899 | 0 | 350,144 | 40,600 | |
| 31 | 26692 | 5/27/2016 | TECHNOCEL | TECHNOCEL | 9/26/2016 | 201609132-FTC-F | 3,050 | 0 | 353,194 | 40,600 | |
| 32 | 26857 | 7/20/2016 | TECHNOCEL | TECHNOCEL | 9/30/2016 | 201609159-FTC-A | 8,741 | 0 | 361,934 | 40,600 | |
| 33 | 26863 | 7/22/2016 | TECHNOCEL | TECHNOCEL | 9/30/2016 | 201609160-FTC-O | 54,463 | 0 | 416,397 | 40,600 | |
| 34 | 26953 | 8/12/2016 | TECHNOCEL | TECHNOCEL | 9/30/2016 | 201609161-FTC-O | 49,300 | 0 | 465,697 | 40,600 | |
| 35 | 26692 | 5/27/2016 | TECHNOCEL | TECHNOCEL | 9/30/2016 | 201609165-FTC-A | 25,181 | 0 | 490,878 | 40,600 | |
| 36 | | | TECHNOCEL | TECHNOCEL | 10/3/2016 | | | 40,600 | 450,278 | 1,566 | TECHNOCEL |
| 37 | 26692 | 5/27/2016 | TECHNOCEL | TECHNOCEL | 10/11/2016 | 201610024-FTC-A | 2,269 | 0 | 452,547 | 1,566 | |
| 38 | 26953 | 8/12/2016 | TECHNOCEL | TECHNOCEL | 10/11/2016 | 201610025-FTC-A | 85,521 | 0 | 538,068 | 1,566 | |
| 39 | 26863 | 7/22/2016 | TECHNOCEL | TECHNOCEL | 10/13/2016 | 201610023-FTC-O | 27,757 | 0 | 565,825 | 45,538 | |
| 40 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 10/22/2016 | 201610060-FTC-C | 368,800 | 0 | 934,625 | 89,038 | |
| 41 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 10/24/2016 | 201610092-FTC-A | 50,892 | 0 | 985,517 | 89,038 | |
| 42 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 10/29/2016 | 201610102-1-FTC-A | 52,410 | 0 | 1,037,927 | 147,972 | |

| Line | PO NO. | PO DATE | DELIVERED TO | PO PLACED BY | DATE | INV NO. | DELIVERED | PAID | OWED TO LUCENT | 60-DAY DUE | PAYEE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 26953 | 8/12/2016 | TECHNOCEL | TECHNOCEL | 10/29/2016 | 201610102-4-FTC-A | 62,416 | | | | |
| 44 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 10/29/2016 | 201610102-5-FTC-A | 13,860 | 0 | 1,051,787 | 147,972 | |
| 45 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 10/29/2016 | 201610102-6-FTC-A | 13,860 | 0 | 1,065,647 | 147,972 | |
| 46 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 11/2/2016 | 201611003-FTC-A | 87,024 | 0 | 1,152,671 | 205,221 | |
| 47 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 11/2/2016 | 201611004-FTC-A | 87,024 | 0 | 1,239,695 | 205,221 | |
| 48 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 11/2/2016 | 201611005-FTC-A | 84,952 | 0 | 1,324,647 | 205,221 | |
| 49 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 11/4/2016 | 201611017-FTC-A | 304,584 | 0 | 1,629,231 | 205,221 | |
| 50 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 11/4/2016 | 201611020-FTC-A | 15,385 | 0 | 1,644,616 | 205,221 | |
| 51 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 11/4/2016 | 201611021-FTC-A | 15,385 | 0 | 1,660,000 | 205,221 | |
| 52 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 11/4/2016 | 201611022-FTC-A | 15,431 | 0 | 1,675,431 | 205,221 | |
| 53 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 11/7/2016 | 201611038-FTC-SUA | 62,160 | 0 | 1,737,591 | 205,221 | |
| 54 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 11/7/2016 | 201611054-FTC-A | 12,844 | 0 | 1,750,435 | 205,221 | |
| 55 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 11/7/2016 | 201611055-FTC-A | 12,844 | 0 | 1,763,278 | 205,221 | |
| 56 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 11/7/2016 | 201611056-FTC-A | 12,844 | 0 | 1,776,122 | 205,221 | |
| 57 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/7/2016 | 201611057-FTC-A | 29,000 | 0 | 1,805,122 | 205,221 | |
| 58 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 11/8/2016 | 201611060-FTC-SUA | 62,160 | 0 | 1,867,282 | 205,221 | |
| 59 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/9/2016 | 201611061-FTC-SUA | 60,576 | 0 | 1,927,858 | 242,910 | |
| 60 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 11/9/2016 | | | | | | |
| 61 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/9/2016 | 201611062-FTC-A | 21,032 | 0 | 1,948,890 | 242,910 | |
| 62 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 11/9/2016 | | | | | | |
| 63 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/9/2016 | 201611064-FTC-A | 14,500 | 0 | 1,963,390 | 242,910 | |
| 64 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/10/2016 | 201611068-FTC-SUA | 58,200 | 0 | 2,021,590 | 242,910 | |
| 65 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/11/2016 | 201611069-FTC-SUA | 58,200 | 0 | 2,079,790 | 242,910 | |
| 66 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 11/11/2016 | 201611072-FTC-A | 15,385 | 0 | 2,095,175 | 242,910 | |
| 67 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/12/2016 | 201611070-FTC-SUA | 58,200 | 0 | 2,153,375 | 267,644 | |
| 68 | 27029 | 9/2/2016 | TECHNOCEL | TECHNOCEL | 11/14/2016 | | | 0 | 2,188,634 | 267,644 | |
| 69 | 26953 | 8/12/2016 | TECHNOCEL | TECHNOCEL | 11/14/2016 | 201611075-FTC-A | 35,260 | | | | |
| 70 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/14/2016 | | | | | | |
| 71 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/14/2016 | 201611078-FTC-A | 15,588 | 0 | 2,204,222 | 267,644 | |
| 72 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/14/2016 | 201611079-FTC-A | 15,624 | 0 | 2,219,846 | 267,644 | |
| 73 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/14/2016 | 201611084-FTC-SUA | 58,200 | 0 | 2,278,046 | 267,644 | |
| 74 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/15/2016 | 201611086-FTC-SUA | 58,200 | 0 | 2,336,246 | 267,644 | |
| 75 | | | TECHNOCEL | TECHNOCEL | 11/16/2016 | | | 147,971 | 2,188,275 | 119,673 | TECHNOCEL |
| 76 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/16/2016 | 201611099-FTC-A | 15,660 | 0 | 2,203,935 | 119,673 | |
| 77 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/17/2016 | 201611106-FTC-SUA | 58,200 | 0 | 2,262,135 | 119,673 | |
| 78 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/18/2016 | 201611125-FTC-SUA | 58,200 | 0 | 2,320,335 | 119,673 | |
| 79 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/18/2016 | 201611128-FTC-A | 12,960 | 0 | 2,333,295 | 119,673 | |
| 80 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/19/2016 | 201611129-FTC-SUA | 34,193 | 0 | 2,367,487 | 119,673 | |
| 81 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/21/2016 | 201611134-FTC-SUA | 34,193 | 0 | 2,401,680 | 119,673 | |
| 82 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/22/2016 | 201611145-FTC-A | 6,096 | 0 | 2,407,776 | 119,673 | |
| 83 | 27059 | 9/14/2016 | TECHNOCEL | TECHNOCEL | 11/28/2016 | 201611186-FTC-SUA | 33,853 | 0 | 2,441,629 | 164,622 | |
| 84 | 27056 | 9/13/2016 | TECHNOCEL | TECHNOCEL | 11/30/2016 | DEBIT NOTE | 350 | 0 | 2,441,979 | 302,306 | |

| Line | PO NO. | PO DATE | DELIVERED TO | PO PLACED BY | DATE | INV NO. | DELIVERED | PAID | OWED TO LUCENT | 60-DAY DUE | PAYEE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | 27032 | 9/6/2016 | TECHNOCEL | TECHNOCEL | 11/30/2016 | 201611190-FTC-A | 3,202 | 0 | 2,445,181 | 302,306 | |
| 86 | 26993 | 8/26/2016 | TECHNOCEL | TECHNOCEL | 12/8/2016 | 201612035-FTC-C | 251,450 | 0 | 2,696,631 | 302,306 | |
| 87 | | | TECHNOCEL | TECHNOCEL | 12/14/2016 | | | 302,656 | 2,393,975 | 115,197 | TECHNOCEL |
| 88 | 27089 | 9/23/2016 | TECHNOCEL | TECHNOCEL | 12/16/2016 | 201612046-FTC-A | 5,758 | 0 | 2,399,732 | 115,197 | |
| 89 | 27141 | 10/13/2016 | TECHNOCEL | TECHNOCEL | 12/19/2016 | 201612081-FTC-A | 3,228 | 0 | 2,402,960 | 115,197 | |
| 90 | 26993 | 8/26/2016 | TECHNOCEL | TECHNOCEL | 12/20/2016 | 201612079-FTC-C | 251,450 | 0 | 2,654,410 | 115,197 | |
| 91 | 27089 | 9/23/2016 | TECHNOCEL | TECHNOCEL | 12/22/2016 | 201612082-FTC-A | 11,378 | 0 | 2,665,788 | 483,997.23 | |
| 92 | 27225 | 11/14/2016 | TECHNOCEL | TECHNOCEL | 12/22/2016 | 201612095-FTC-A | 12,910 | 0 | 2,678,699 | 483,997 | |
| 93 | 27169 | 10/24/2016 | TECHNOCEL | TECHNOCEL | | | | 0 | 2,678,699 | 483,997 | |
| 94 | 27018 | 8/31/2016 | TECHNOCEL | TECHNOCEL | 12/29/2016 | 201612123-FTC-C | 502,900 | 0 | 3,181,599 | 615,019 | |
| 95 | 27056 | 9/13/2016 | TECHNOCEL | TECHNOCEL | 1/3/2017 | 201701002-FTC-A | 14,445 | 0 | 3,196,044 | 874,019 | |
| 96 | | | TECHNOCEL | TECHNOCEL | 1/6/2017 | | | 615,370 | 2,580,674 | 609,434 | TECHNOCEL |
| 97 | 27056 | 9/13/2016 | TECHNOCEL | TECHNOCEL | 1/11/2017 | 201701032-FTC-A | 5,397 | 0 | 2,586,071 | 1,029,177 | |
| 98 | 27169 | 10/24/2016 | TECHNOCEL | TECHNOCEL | 1/20/2017 | 201701049-FTC-A | 37,288 | 0 | 2,623,359 | 1,449,461 | |
| 99 | 27227 | 11/14/2016 | TECHNOCEL | TECHNOCEL | | | | 0 | 2,623,359 | 1,449,461 | |
| 100 | 27280 | 12/2/2016 | TECHNOCEL | TECHNOCEL | 1/20/2017 | 201701053-FTC-C | 217,932 | 0 | 2,841,291 | 1,449,461 | |
| 101 | 27280 | 12/2/2016 | TECHNOCEL | TECHNOCEL | 1/20/2017 | 201701065-FTC-O | 26,416 | 0 | 2,867,707 | 1,449,461 | |
| 102 | | | TECHNOCEL | TECHNOCEL | 2/9/2017 | | | 146,068 | 2,721,640 | 1,632,537.06 | TECHNOCEL |
| 103 | 27451 | 2/10/2017 | TECHNOCEL | TECHNOCEL | 2/16/2017 | DEBIT NOTE | 10,300 | 0 | 2,731,940 | 1,638,294.76 | |
| 104 | | | TECHNOCEL | TECHNOCEL | 2/17/2017 | | | 314,884 | 2,417,056 | 1,323,411 | TECHNOCEL |
| 105 | 27312 | 12/15/2016 | TECHNOCEL | TECHNOCEL | 2/20/2017 | 201702047-FTC-A | 16,365 | 0 | 2,433,420 | 1,578,088 | |
| 106 | 27459 | 2/15/2017 | TECHNOCEL | TECHNOCEL | 2/22/2017 | DEBIT NOTE | 9,500 | 0 | 2,442,920 | 1,602,377 | |
| 107 | 27467 | 2/17/2017 | TECHNOCEL | TECHNOCEL | 2/22/2017 | DEBIT NOTE | 1,077 | 0 | 2,443,997 | 1,602,377 | |
| 108 | | | TECHNOCEL | TECHNOCEL | 2/22/2017 | | | 319,717 | 2,124,281 | 1,282,661 | TECHNOCEL |
| 109 | 27488 | 2/27/2017 | TECHNOCEL | TECHNOCEL | 3/1/2017 | DEBIT NOTE | 32,200 | 0 | 2,156,481 | 1,785,561 | |
| 110 | | | TECHNOCEL | TECHNOCEL | 3/2/2017 | | | 186,380 | 1,970,101 | 1,599,181 | TECHNOCEL |
| 111 | 27351 | 1/3/2017 | TECHNOCEL | TECHNOCEL | 3/10/2017 | 201703051-FTC-A | 10,298 | 0 | 1,980,399 | 1,613,626 | |
| 112 | | | TECHNOCEL | TECHNOCEL | 3/14/2017 | | | 153,000 | 1,827,399 | 1,466,023 | TECHNOCEL |
| 113 | 27351 | 1/3/2017 | TECHNOCEL | TECHNOCEL | 3/17/2017 | 201703069-FTC-A | 2,536 | 0 | 1,829,934 | 1,466,023 | |
| 114 | 27493 | 3/2/2017 | TECHNOCEL | TECHNOCEL | 3/21/2017 | DEBIT NOTE | 10,300 | 0 | 1,840,234 | 1,747,658.48 | |
| 115 | | | TECHNOCEL | TECHNOCEL | 3/21/2017 | | | 163,300 | 1,676,934 | 1,584,358 | TECHNOCEL |
| 116 | 27283 | 12/5/2016 | TECHNOCEL | TECHNOCEL | 3/30/2017 | 201703149-FTC-C | 51,855 | 0 | 1,728,790 | 1,584,358 | |
| 117 | 27476 | 2/23/2017 | TECHNOCEL | TECHNOCEL | 4/5/2017 | 201704023-FTC-A | 96,600 | 0 | 1,825,390 | 1,584,358 | |
| 118 | | | TECHNOCEL | TECHNOCEL | 4/5/2017 | | | 153,000 | 1,672,390 | 1,431,358 | TECHNOCEL |
| 119 | | | TECHNOCEL | TECHNOCEL | 4/7/2017 | | | 153,000 | 1,519,390 | 1,278,358 | TECHNOCEL |
| 120 | 27476 | 2/23/2017 | TECHNOCEL | TECHNOCEL | 4/7/2017 | 201704024-FTC-A | 193,200 | 0 | 1,712,590 | 1,278,358 | |
| 121 | 27476 | 2/23/2017 | TECHNOCEL | TECHNOCEL | 4/10/2017 | 201704032-FTC-A | 193,200 | 0 | 1,905,790 | 1,278,358 | |
| 122 | 27476 | 2/23/2017 | TECHNOCEL | TECHNOCEL | 4/11/2017 | 201704033-FTC-A | 96,600 | 0 | 2,002,390 | 1,278,358 | |
| 123 | 27476 | 2/23/2017 | TECHNOCEL | TECHNOCEL | 4/13/2017 | 201704034-FTC-A | 110,400 | 0 | 2,112,790 | 1,278,358 | |
| 124 | 27589 | 4/6/2017 | TECHNOCEL | TECHNOCEL | 4/14/2017 | DEBIT NOTE | 5,000 | 0 | 2,117,790 | 1,278,358 | |
| 125 | 27584 | 4/5/2017 | TECHNOCEL | TECHNOCEL | 4/14/2017 | DEBIT NOTE | 12,800 | 0 | 2,130,590 | 1,278,358 | |
| 126 | 27488 | 2/27/2017 | TECHNOCEL | TECHNOCEL | 4/14/2017 | DEBIT NOTE | 22,600 | 0 | 2,153,190 | 1,278,358 | |

| Line | PO NO. | PO DATE | DELIVERED TO | PO PLACED BY | DATE | INV NO. | DELIVERED | PAID | OWED TO LUCENT | 60-DAY DUE | PAYEE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 127 | 27593 | 4/7/2017 | TECHNOCEL | TECHNOCEL | 4/14/2017 | DEBIT NOTE | 3,500 | 0 | 2,156,690 | 1,278,358 | |
| 128 | | | TECHNOCEL | TECHNOCEL | 4/14/2017 | | | 196,900 | 1,959,790 | 1,081,458 | TECHNOCEL |
| 129 | | | TECHNOCEL | TECHNOCEL | 4/24/2017 | | | 153,000 | 1,806,790 | 965,700 | TECHNOCEL |
| 130 | 27532 | 3/20/2017 | TECHNOCEL | TECHNOCEL | 4/24/2017 | 201704080-FTC-A | 2,391 | 0 | 1,809,180 | 965,700 | |
| 131 | 27283 | 12/5/2016 | TECHNOCEL | TECHNOCEL | 4/24/2017 | 201704081-FTC-O | 19,858 | 0 | 1,829,039 | 965,700 | |
| 132 | 27516 | 3/14/2017 | TECHNOCEL | TECHNOCEL | 4/28/2017 | 201704062-FTC-A | 138,000 | 0 | 1,967,039 | 965,700 | |
| 133 | 27532 | 3/20/2017 | TECHNOCEL | TECHNOCEL | 4/28/2017 | 201704109-FTC-A | | 0 | 1,976,963 | 965,700 | |
| 134 | 27477 | 2/23/2017 | TECHNOCEL | TECHNOCEL | | | 9,924 | 0 | 1,976,963 | 965,700 | |
| 135 | | | TECHNOCEL | TECHNOCEL | 5/2/2017 | | | 153,000 | 1,823,963 | 844,900 | TECHNOCEL |
| 136 | | | TECHNOCEL | TECHNOCEL | 5/5/2017 | | | 153,000 | 1,670,963 | 691,900 | TECHNOCEL |
| 137 | 27573 | 4/3/2017 | TECHNOCEL | TECHNOCEL | 5/16/2017 | 201705077-FTC-A | 254,250 | 0 | 1,925,213 | 702,198 | |
| 138 | 27573 | 4/3/2017 | TECHNOCEL | TECHNOCEL | 5/19/2017 | 201705096-FTC-C | 423,750 | 0 | 2,348,963 | 704,734 | |
| 139 | 27573 | 4/3/2017 | TECHNOCEL | TECHNOCEL | 5/25/2017 | 201705119-FTC-C | 423,750 | 0 | 2,772,713 | 715,034 | |
| 140 | | | TECHNOCEL | TECHNOCEL | 5/26/2017 | | | 153,000 | 2,619,713 | 562,034 | TECHNOCEL |
| 141 | 27459 | 2/15/2017 | TECHNOCEL | TECHNOCEL | 5/31/2017 | 201705146-FTC-A | 29,043 | 0 | 2,648,756 | 613,889 | |
| 142 | 27459 | 2/15/2017 | TECHNOCEL | TECHNOCEL | 5/31/2017 | 201705147-FTC-O | 23,301 | 0 | 2,672,057 | 613,889 | |
| 143 | 27459 | 2/15/2017 | TECHNOCEL | TECHNOCEL | 6/1/2017 | 201705145-FTC-A | 86,609 | 0 | 2,758,666 | 613,889 | TECHNOCEL |
| 144 | | | | | 6/3/2017 | | | 153,000 | 2,605,666 | 460,889 | |
| 145 | 27573 | 4/3/2017 | TECHNOCEL | TECHNOCEL | 6/8/2017 | 201706002-FTC-C | 226,000 | 0 | 2,831,666 | 750,689 | |
| 146 | 27573 | 4/3/2017 | TECHNOCEL | TECHNOCEL | 6/8/2017 | 201706003-FTC-C | 254,250 | 0 | 3,085,916 | 750,689 | |
| 147 | 27459 | 2/15/2017 | TECHNOCEL | TECHNOCEL | 6/8/2017 | 201706030-FTC-C | 5,741 | 0 | 3,091,658 | 750,689 | |
| 148 | 27451 | 2/10/2017 | TECHNOCEL | TECHNOCEL | 6/7/2017 | 201706034-FTC-A | 4,590 | 0 | 3,096,247 | 750,689 | |
| 149 | 27618 | 4/13/2017 | TECHNOCEL | TECHNOCEL | 6/7/2017 | 201706036-FTC-A | 16,221 | 0 | 3,112,468 | 750,689 | |
| 150 | 27451 | 2/10/2017 | TECHNOCEL | TECHNOCEL | 6/9/2017 | 201706055-FTC-O | 31,578 | 0 | 3,144,047 | 750,689 | |
| 151 | 27451 | 2/10/2017 | TECHNOCEL | TECHNOCEL | 6/9/2017 | 201706059-FTC-A | 20,808 | 0 | 3,164,854 | 750,689 | |
| 152 | 27618 | 4/13/2017 | | | | | | 0 | | 750,689 | |
| 153 | | | TECHNOCEL | TECHNOCEL | 3/28/2017 | DEBIT NOTE | 4,000 | 0 | 3,168,854 | 1,040,489 | TECHNOCEL |
| 154 | | | | | 6/12/2017 | | | 153,000 | 3,015,854 | 887,489 | |
| 155 | 27618 | 4/13/2017 | TECHNOCEL | TECHNOCEL | 6/14/2017 | 201706032-FTC-A | 254,250 | 0 | 3,270,104 | 1,041,789 | TECHNOCEL |
| 156 | | | | | 6/19/2017 | | | 153,000 | 3,117,104 | 888,789 | |
| 157 | | | TECHNOCEL | | 6/19/2017 | CREDIT NOTE | (3,500) | 0 | 3,113,604 | 888,789 | |
| 158 | 27654 | 4/24/2017 | TECHNOCEL | TECHNOCEL | 6/23/2017 | 201706110-FTC-A | 2,505 | 0 | 3,116,109 | 888,789 | TECHNOCEL |
| 159 | | | | | 6/27/2017 | | | 153,000 | 2,963,109 | 758,038 | |
| 160 | 27573 | 4/3/2017 | TECHNOCEL | TECHNOCEL | 6/28/2017 | 201706060-FTC-C | 423,750 | 0 | 3,386,859 | 905,962 | TECHNOCEL |
| 161 | | | | | 7/3/2017 | | | 153,000 | 3,233,859 | 752,962 | |
| 162 | 27686 | 5/9/2017 | TECHNOCEL | TECHNOCEL | 7/6/2017 | 201706089-FTC-C | 542,400 | 0 | 3,776,259 | 752,962 | |
| 163 | 27451 | 2/10/2017 | TECHNOCEL | TECHNOCEL | 7/6/2017 | 201706115-FTC-C | 12,444 | 0 | 3,788,703 | 752,962 | |
| 164 | 27504 | 3/8/2017 | TECHNOCEL | TECHNOCEL | 7/6/2017 | 201707054-FTC-E | 187 | 0 | 3,788,891 | 752,962 | |
| 165 | 27504 | 3/8/2017 | TECHNOCEL | TECHNOCEL | 7/11/2017 | 201707057-FTC-A | 15,921 | 0 | 3,804,812 | 752,962 | TECHNOCEL |
| 166 | | | | | 7/11/2017 | | | 153,000 | 3,651,812 | 599,962 | TECHNOCEL |
| 167 | | | | | 7/18/2017 | | | 200,000 | 3,451,812 | 654,212 | |
| 168 | 27504 | 3/8/2017 | TECHNOCEL | TECHNOCEL | 7/19/2017 | 201707070-FTC-O | 11,988 | 0 | 3,463,800 | 1,077,962 | |
| 169 | 27686 | 5/9/2017 | TECHNOCEL | TECHNOCEL | 7/19/2017 | 201707071-FTC-O | 22,600 | 0 | 3,486,400 | 1,077,962 | |

| Line | PO NO. | PO DATE | DELIVERED TO | PO PLACED BY | DATE | INV NO. | DELIVERED | PAID | OWED TO LUCENT | 60-DAY DUE | PAYEE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 170 | 27722 | 5/30/2017 | TECHNOCEL | TECHNOCEL | 7/21/2017 | 201707093-FTC-A | 17,675 | 0 | 3,504,075 | 1,077,962 | TECHNOCEL |
| 171 | | | | | 7/25/2017 | | | 160,000 | 3,344,075 | 1,341,712 | |
| 172 | 27730 | 6/2/2017 | TECHNOCEL | TECHNOCEL | 7/27/2017 | 201707096-FTC-O | 24,137 | 0 | 3,368,212 | 1,341,712 | |
| 173 | 27730 | 6/2/2017 | TECHNOCEL | TECHNOCEL | 7/27/2017 | 201707112-FTC-A | 13,755 | 0 | 3,381,967 | 1,341,712 | |
| 174 | 27728 | 6/1/2017 | TECHNOCEL | TECHNOCEL | 7/28/2017 | 201707102-FTC-O | 6,300 | 0 | 3,388,267 | 1,394,057 | |
| 175 | | | TECHNOCEL | TECHNOCEL | 7/3/2017 | DEBIT NOTE | 1,500 | 0 | 3,389,767 | 1,480,666 | |
| 176 | | | TECHNOCEL | TECHNOCEL | 6/27/2017 | DEBIT NOTE | 1,800 | 0 | 3,391,567 | 1,480,666 | |
| 177 | | | TECHNOCEL | TECHNOCEL | 8/1/2017 | DEBIT NOTE | 1,500 | 0 | 3,393,067 | 1,480,666 | |
| 178 | | | TECHNOCEL | TECHNOCEL | 7/25/2017 | DEBIT NOTE | 1,800 | 0 | 3,394,867 | 1,480,666 | TECHNOCEL |
| 179 | | | | | 8/1/2017 | | | 160,000 | 3,234,867 | 1,320,666 | |
| 180 | 27688 | 5/9/2017 | TECHNOCEL | TECHNOCEL | 8/3/2017 | 201708005-FTC-C | 445,400 | 0 | 3,680,267 | 1,320,666 | |
| 181 | 27688 | 5/9/2017 | TECHNOCEL | TECHNOCEL | 8/3/2017 | 201708006-FTC-C | 471,600 | 0 | 4,151,867 | 1,320,666 | |
| 182 | 27688 | 5/9/2017 | TECHNOCEL | TECHNOCEL | 8/3/2017 | 201708007-FTC-C | 209,600 | 0 | 4,361,467 | 1,320,666 | TECHNOCEL |
| 183 | | | | | 8/8/2017 | | | 200,000 | 4,161,467 | 1,627,468 | |
| 184 | 27504 | 3/8/2017 | TECHNOCEL | TECHNOCEL | 8/11/2017 | 201708050-FTC-O | 15,029 | 0 | 4,176,496 | 1,679,854 | |
| 185 | 27688 | 5/9/2017 | TECHNOCEL | TECHNOCEL | 8/15/2017 | 201708038-FTC-C | 563,300 | 0 | 4,739,796 | 1,683,854 | |
| 186 | 27504 | 3/8/2017 | TECHNOCEL | TECHNOCEL | 8/15/2017 | 201708053-FTC-A | 2,652 | 0 | 4,742,448 | 1,683,854 | |
| 187 | 27750 | 6/13/2017 | TECHNOCEL | TECHNOCEL | 8/15/2017 | 201708054-FTC-O | 9,158 | 0 | 4,751,607 | 1,683,854 | |
| 188 | | | TECHNOCEL | TECHNOCEL | 8/15/2017 | DEBIT NOTE | 1,600 | 0 | 4,753,207 | 1,683,854 | TECHNOCEL |
| 189 | | | | | 8/15/2017 | | | 200,000 | 4,553,207 | 1,483,854 | TECHNOCEL |
| 190 | | | | | 8/22/2017 | | | 200,000 | 4,353,207 | 1,534,604 | TECHNOCEL |
| 191 | | | | | 8/29/2017 | | | 200,000 | 4,153,207 | 1,760,859 | |
| 192 | 27688 | 5/9/2017 | TECHNOCEL | TECHNOCEL | 8/29/2017 | 201708084-FTC-C | 406,100 | 0 | 4,559,307 | 1,760,859 | |
| 193 | 27750 | 6/13/2017 | TECHNOCEL | TECHNOCEL | 8/30/2017 | 201708088-FTC-O | 11,053 | 0 | 4,570,359 | 1,760,859 | |
| 194 | 27688 | 5/9/2017 | TECHNOCEL | TECHNOCEL | 9/5/2017 | 201709025-FTC-C | 458,500 | 0 | 5,028,859 | 1,760,859 | TECHNOCEL |
| 195 | | | | | 9/8/2017 | | | 200,000 | 4,828,859 | 2,115,890 | |
| 196 | 27785 | 7/7/2017 | TECHNOCEL | TECHNOCEL | 9/13/2017 | 201709043-FTC-O | 7,428 | 0 | 4,836,287 | 2,131,812 | |
| 197 | | | TECHNOCEL | TECHNOCEL | 8/11/2017 | DEBIT NOTE | 1,600 | 0 | 4,837,887 | 2,131,812 | |
| 198 | | | TECHNOCEL | TECHNOCEL | 8/25/2017 | DEBIT NOTE | 600 | 0 | 4,838,487 | 2,131,812 | TECHNOCEL |
| 199 | | | | | 9/13/2017 | | | 200,000 | 4,638,487 | 1,931,812 | |
| 200 | 27730 | 6/2/2017 | TECHNOCEL | TECHNOCEL | 9/25/2017 | 201709090-FTC-O | 32,442 | 0 | 4,670,929 | 1,984,075 | |
| 201 | | | TECHNOCEL | TECHNOCEL | 9/12/2017 | DEBIT NOTE | 150 | 0 | 4,671,079 | 1,984,075 | TECHNOCEL |
| 202 | | | | | 9/25/2017 | | | 200,000 | 4,471,079 | 1,784,075 | |
| 203 | 27845 | 8/7/2017 | TECHNOCEL | TECHNOCEL | 9/26/2017 | 201709077-FTC-A | 5,430 | 0 | 4,476,510 | 1,784,075 | TECHNOCEL |
| 204 | | | | | 9/30/2017 | | | 200,000 | 4,276,510 | 1,621,967 | TECHNOCEL |
| 205 | | | | | 10/6/2017 | | | 200,000 | 4,076,510 | 2,561,467 | TECHNOCEL |
| 206 | | | | | 10/16/2017 | | | 200,000 | 3,876,510 | 2,953,206 | |
| 207 | | | | TECHNOCEL | 7/17/2017 | CREDIT NOTE | (12,955) | 0 | 3,863,554 | 2,953,206 | |
| 208 | 27794 | 7/12/2017 | TECHNOCEL | TECHNOCEL | 10/17/2017 | 201709058-FTC-C | 248,600 | 0 | 4,112,154 | 2,953,206 | |
| 209 | 27874 | 8/22/2017 | TECHNOCEL | TECHNOCEL | 10/24/2017 | 201710067-FTC-A | 9,606 | 0 | 4,121,760 | 2,953,206 | |
| 210 | | | TECHNOCEL | TECHNOCEL | 10/18/2017 | DEBIT NOTE | 7,000 | 0 | 4,128,760 | 2,953,206 | TECHNOCEL |
| 211 | | | | | 10/24/2017 | | | 200,000 | 3,928,760 | 2,753,206 | |
| 212 | 27917 | 9/28/2017 | TECHNOCEL | TECHNOCEL | 10/28/2017 | 201710101-FTC-F | 1,000 | 0 | 3,929,760 | 2,753,206 | |

| Line | PO NO. | PO DATE | DELIVERED TO | PO PLACED BY | DATE | INV NO. | DELIVERED | PAID | OWED TO LUCENT | 60-DAY DUE | PAYEE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 213 | | | TECHNOCEL | TECHNOCEL | 9/30/2017 | DEBIT NOTE | 3,300 | 0 | 3,933,060 | 3,170,359 | |
| 214 | | | TECHNOCEL | TECHNOCEL | 9/30/2017 | DEBIT NOTE | 6,500 | 0 | 3,939,560 | 3,170,359 | |
| 215 | | | TECHNOCEL | TECHNOCEL | 10/6/2017 | DEBIT NOTE | 1,500 | 0 | 3,941,060 | 3,170,359 | TECHNOCEL |
| 216 | | | | | 10/31/2017 | | | 200,000 | 3,741,060 | 2,970,359 | |
| 217 | 27794 | 7/12/2017 | TECHNOCEL | TECHNOCEL | 11/2/2017 | 201710001-FTC-C | 418,100 | 0 | 4,159,160 | 2,970,359 | |
| 218 | 27794 | 7/12/2017 | TECHNOCEL | TECHNOCEL | 11/2/2017 | 201710002-FTC-C | 264,542 | 0 | 4,423,703 | 2,970,359 | |
| 219 | 27925 | 10/3/2017 | | | | | | 0 | | 2,970,359 | |
| 220 | 27917 | 9/28/2017 | TECHNOCEL | TECHNOCEL | 11/3/2017 | 201711027-FTC-A | 3,795 | 0 | 4,427,498 | 2,970,359 | |
| 221 | 27942 | 10/13/2017 | | | | | | 0 | | 2,970,359 | TECHNOCEL |
| 222 | | | | | 11/7/2017 | | | 200,000 | 4,227,498 | 3,228,859 | |
| 223 | 27925 | 10/3/2017 | TECHNOCEL | TECHNOCEL | 11/8/2017 | 201711033-FTC-C | 192,848 | 0 | 4,420,345 | 3,228,859 | |
| 224 | | | TECHNOCEL | TECHNOCEL | 11/16/2017 | DEBIT NOTE | 670 | 0 | 4,421,015 | 3,238,487 | TECHNOCEL |
| 225 | | | | | 11/16/2017 | | | 200,000 | 4,221,015 | 3,038,487 | TECHNOCEL |
| 226 | | | | | 11/22/2017 | | | 200,000 | 4,021,015 | 2,838,487 | |
| 227 | 27794 | 7/12/2017 | TYLT | TECHNOCEL | 11/23/2017 | 201711059-FTC-C | 445,174 | 0 | 4,466,189 | 2,838,487 | |
| 228 | 28006 | 9/27/2017 | | TYLT | | | | 0 | | 2,838,487 | |
| 229 | | | TYLT | TECHNOCEL | 11/28/2017 | DEBIT NOTE | 2,400 | 0 | 4,468,589 | 2,876,509 | TECHNOCEL |
| 230 | | | | | 11/29/2017 | | | 2,400 | 4,466,189 | 2,874,109 | TECHNOCEL |
| 231 | | | | | 11/30/2017 | | | 200,000 | 4,266,189 | 2,674,109 | TECHNOCEL |
| 232 | | | | | 12/4/2017 | | | 200,000 | 4,066,189 | 2,474,109 | TECHNOCEL |
| 233 | | | | | 12/11/2017 | | | 250,000 | 3,816,189 | 2,224,109 | |
| 234 | 27909 | 9/25/2017 | TYLT | TYLT | 12/15/2017 | 201712056-FTC-O | 26,025 | 0 | 3,842,214 | 2,224,109 | TECHNOCEL |
| 235 | | | | | 12/15/2017 | | | 200,000 | 3,642,214 | 2,024,109 | TECHNOCEL |
| 236 | | | | | 12/20/2017 | | | 200,000 | 3,442,214 | 2,059,754 | |
| 237 | 28114 | 11/29/2017 | TYLT | TYLT | 12/28/2017 | 201712088-TYL-C | 327,500 | 0 | 3,769,714 | 2,077,360 | |
| 238 | 27938 | 10/12/2017 | TYLT | TECHNOCEL | 1/3/2018 | 201712089-FTC-A | 6,455 | 0 | 3,776,170 | 2,775,097 | |
| 239 | 27830 | 8/1/2017 | TYLT | TECHNOCEL | 1/4/2018 | 201801011-TYL-C | 306,456 | 0 | 4,082,626 | 2,775,097 | |
| 240 | 27909 | 9/25/2017 | TYLT | TYLT | 1/4/2018 | 201801012-TYL-C | 5,899 | 0 | 4,088,525 | 2,775,097 | TYLT |
| 241 | | | | | 1/4/2018 | | | 100,000 | 3,988,525 | 2,675,097 | TYLT |
| 242 | | | | | 1/16/2018 | | | 100,000 | 3,888,525 | 2,767,945 | TYLT |
| 243 | | | | | 1/22/2018 | | | 100,000 | 3,788,525 | 2,668,615 | TYLT |
| 244 | | | | | 1/29/2018 | | | 125,000 | 3,663,525 | 2,991,189 | |
| 245 | 27909 | 9/25/2017 | TYLT | TYLT | 1/31/2018 | 201801081-TYL-O | 41,672 | 0 | 3,705,197 | 2,991,189 | |
| 246 | 28074 | 11/8/2017 | | | | | | 0 | | 2,991,189 | |
| 247 | | | TYLT | TYLT | 2/2/2018 | DEBIT NOTE | 300 | 0 | 3,705,497 | 2,991,189 | TYLT |
| 248 | | | | | 2/5/2018 | | | 125,300 | 3,580,197 | 2,865,889 | TYLT |
| 249 | | | | | 2/12/2018 | | | 125,000 | 3,455,197 | 2,740,889 | TYLT |
| 250 | | | | | 2/22/2018 | | | 125,000 | 3,330,197 | 2,641,914 | TYLT |
| 251 | | | | | 2/26/2018 | | | 274,000 | 3,056,197 | 2,367,914 | TYLT |
| 252 | | | | | 3/5/2018 | | | 187,000 | 2,869,197 | 2,827,224 | |
| 253 | 28006 | 9/27/2017 | TYLT | TYLT | 3/6/2018 | 201803018-TYL-O | 92,360 | 0 | 2,961,557 | 2,827,224 | |
| 254 | 28006 | 9/27/2017 | TYLT | TYLT | 3/13/2018 | 201803046-TYL-O | 115,450 | 0 | 3,077,007 | 2,827,224 | TYLT |
| 255 | | | | | 3/14/2018 | | | 100,000 | 2,977,007 | 2,727,224 | |

| Line | PO NO. | PO DATE | DELIVERED TO | PO PLACED BY | DATE | INV NO. | DELIVERED | PAID | OWED TO LUCENT | 60-DAY DUE | PAYEE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 256 | 28006 | 9/27/2017 | TYLT | TYLT | 3/19/2018 | 201803055-TYL-O | 69,270 | 0 | 3,046,277 | 2,727,224 | TYLT |
| 257 | | | | | 3/20/2018 | | | 100,000 | 2,946,277 | 2,627,224 | TYLT |
| 258 | | | | | 3/27/2018 | | | 104,710 | 2,841,567 | 2,522,514 | |
| 259 | 27830 | 8/1/2017 | TYLT | TECHNOCEL | 3/28/2018 | 201803097-TYL-C | 339,000 | 0 | 3,180,567 | 2,522,514 | |
| 260 | 27830 | 8/1/2017 | TYLT | TECHNOCEL | 4/10/2018 | 201804022-TYL-O | 65,314 | 0 | 3,245,881 | 2,564,486 | TYLT |
| 261 | | | | | 4/10/2018 | | | 113,000 | 3,132,881 | 2,451,486 | TYLT |
| 262 | | | | | 4/11/2018 | | | 113,000 | 3,019,881 | 2,338,486 | |
| 263 | 27830 | 8/1/2017 | TYLT | TECHNOCEL | 4/17/2018 | 201804005-TYL-C | 160,686 | 0 | 3,180,567 | 2,338,486 | TYLT |
| 264 | | | | | 4/17/2018 | | | 113,000 | 3,067,567 | 2,225,486 | |
| 265 | 28237 | 2/13/2018 | TYLT | TYLT | 4/20/2018 | 201804042-TYL-O | 5,197 | 0 | 3,072,764 | 2,225,486 | TYLT |
| 266 | | | | | 4/25/2018 | | | 130,000 | 2,942,764 | 2,095,486 | |
| 267 | 27830 | 8/1/2017 | TYLT | TECHNOCEL | 5/3/2018 | 201805001-TYL-C | 78,100 | 0 | 3,020,864 | 2,095,486 | TYLT |
| 268 | | | | | 5/3/2018 | | | 130,000 | 2,890,864 | 1,965,486 | TYLT |
| 269 | | | | | 5/9/2018 | | | 100,000 | 2,790,864 | 1,957,846 | |
| 270 | 27830 | 8/1/2017 | TYLT | TECHNOCEL | 5/10/2018 | 201805024-TYL-C | 83,212 | 0 | 2,874,076 | 1,957,846 | |
| 271 | 28322 | 4/30/2018 | TYLT | TYLT | 5/11/2018 | 20180500001-TYL-O | 62,300 | 0 | 2,936,376 | 1,957,846 | TYLT |
| 272 | | | | | 5/16/2018 | | | 100,000 | 2,836,376 | 1,973,296 | |
| 273 | 28177 | 1/5/2018 | TYLT | TYLT | 5/23/2018 | 20180500005-TYL-C | 195,800 | 0 | 3,032,176 | 2,042,566 | TYLT |
| 274 | | | | | 5/23/2018 | | | 100,000 | 2,932,176 | 1,942,566 | |
| 275 | 27830 | 8/1/2017 | TYLT | TECHNOCEL | 5/24/2018 | 201805070-TYL-C | 199,936 | 0 | 3,132,112 | 1,942,566 | |
| 276 | 28283 | 3/19/2018 | | | | | | 0 | | 1,942,566 | |
| 277 | 28278 | 3/14/2018 | TYLT | TYLT | 5/28/2018 | 20180500007-TYL-A | 19,434 | 0 | 3,151,546 | 2,281,566 | |
| 278 | 28278 | 3/14/2018 | TYLT | TYLT | 6/4/2018 | 20180500006-TYL-O | 9,486 | 0 | 3,161,032 | 2,281,566 | TYLT |
| 279 | | | | | 6/14/2018 | | | 100,000 | 3,061,032 | 2,246,880 | |
| 280 | | | TYLT | TYLT | 5/14/2018 | DEBIT NOTE | 28,800 | 0 | 3,089,832 | 2,412,763 | TYLT |
| 281 | | | | | 6/20/2018 | | | 28,800 | 3,061,032 | 2,383,963 | TYLT |
| 282 | | | | | 7/2/2018 | | | 519,560 | 2,541,471 | 1,864,403 | TYLT |
| 283 | | | | | 7/16/2018 | | | 133,212 | 2,408,259 | 1,954,803 | |
| | | | | | | | | | | **2,408,259** | |