# EXHIBIT O

| Item # | PO# | QTY | PO Unit Cost | Total Amount | PO Received Date | 7/23 Status |
|---|---|---|---|---|---|---|
| WA-17CBK-TB | 28283 | 72,000 | $7.10 | $511,200.00 | 3/20/2018 | on hold |
| WA-17CBK-TB | 28316 | 92,120 | $7.10 | $654,052.00 | 4/24/2018 | on hold |
| WA-17LITGY-TB | 28290 | 10,000 | $6.82 | $68,200.00 | 3/23/2018 | on hold |
| WA-17LITGY-TB | 28302 | 35,000 | $6.82 | $238,700.00 | 4/17/2018 | on hold |
| WA-17LITGY-TB | 28177 | 1,000 | $6.82 | $6,820.00 | 5/16/2018 | ready |
| WA-17LITGY-TB | 28290 | 27,000 | $6.82 | $184,140.00 | 5/16/2018 | ready |
| ~~QITWSTBK-TMO~~ | ~~28334~~ | ~~36,700~~ | ~~$7.72~~ | ~~$283,140.50~~ | ~~5/25/2018~~ | ~~ready~~ |
| | | | **Total** | **$1,663,112.00** | | |

**$2,375,912.50**