John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
Yun (Louise) Lu, Bar No. 253114
LLu@perkinscoie.com
Kyle R. Canavera, Bar No. 314664
KCanavera@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Telephone: 858.720.5700
Facsimile: 858.720.5799

Attorneys for Plaintiff
LUCENT TRANS ELECTRONIC CO., INC. AND
HIGH TECH GLOBAL CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TRANS ELECTRONIC CO., INC., AND HIGH TECH GLOBAL CORP.<br><br>Plaintiffs,<br><br>v.<br><br>FOREIGN TRADE CORPORATION D/B/A TECHNOCEL, TYLT INC., RAMIN ROSTAMI, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-08638 FMO (KSx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**JURY TRIAL DEMANDED** |

1  TO THE COURT, ALL APPEARING PARTIES AND THEIR
2  RESPECTIVE ATTORNEYS OF RECORD:
3      WHEREAS, on March 1, 2019, Plaintiffs filed the Second Amended
4  Complaint (Dkt. No. 44), the operative complaint in this action;
5      WHEREAS, on March 14, 2019, Plaintiffs filed a Motion for Right to Attach
6  Order, Writ of Attachment and Preliminary Injunction (Dkt. No. 50);
7      WHEREAS, on May 21, 2019, the Court issued a ruling on the Motion for
8  Right to Attach Order (Dkt. No. 77) and on June 26, 2019 issued Right to Attach
9  Orders (Dkt. Nos. 95, 96) pursuant to that ruling in favor of Plaintiffs against
10 defendants Technocel and TYLT;
11     WHEREAS, on June 18, 2019, Plaintiffs made a $10,000 deposit with the
12 Court (see Dkt. No. 85) as an undertaking in connection with the Right to Attach
13 Orders;
14     WHEREAS Plaintiffs caused levies to be opened with the United States
15 Marshals Service against certain assets of TYLT pursuant to the Right to Attach
16 Orders;
17     WHEREAS, on July 26, 2019, American Investment Group, LLC ("AIG")
18 filed a Third-Party Claim (see Dkt. No. 103) with the United States Marshals
19 Service in connection with the Right to Attach Orders;
20     WHEREAS, on August 7, 2019, AIG filed a Motion for Order Increasing
21 Undertaking (Dkt. No. 104) in connection with the Right to Attach Orders;
22     WHEREAS, on August 12, 2019, Plaintiffs filed an Objection to and
23 Application for Hearing on the Third-Party Claim (Dkt. No. 110);
24     WHEREAS, on August 16, 2019, Plaintiffs made a $10,000 deposit with the
25 Court as an undertaking in connection with the filing of a Statement contesting the
26 Third-Party Claim with the United States Marshals Service;
27
28

WHEREAS, on or about August 16, 2019, Plaintiffs, Defendants, and AIG entered into a Settlement Agreement;

WHEREAS the Settlement Agreement calls for Plaintiffs and AIG to file a joint request to withdraw the Motion for Order Increasing Undertaking;

WHEREAS the Settlement Agreement calls for Plaintiffs and AIG to file a joint request to withdraw the Objection to and Application for Hearing on the Third-Party Claim;

WHEREAS the Settlement Agreement calls for Plaintiffs to take any and all actions necessary to cause the termination or release of any attachment of or levy against any property of TYLT;

WHEREAS the Settlement Agreement calls for entry of a dismissal with prejudice of the present action as to all parties;

NOW, THEREFORE, Plaintiffs, Defendants, and AIG hereby stipulate and respectfully request that the Court enter an order: (i) vacating the Right to Attach Orders (Dkt. Nos. 95, 96) and any writs or notices of attachment issued thereunder and ordering any attachment or levy thereunder null and void; (ii) withdrawing the Motion for Order Increasing Undertaking (Dkt. No. 104); (iii) withdrawing the Objection to and Application for Hearing on the Third-Party Claim (Dkt. No. 110); (iv) disbursing to Plaintiffs the $20,000 of undertakings deposited by Plaintiffs with the Court; and (v) dismissing the present action with prejudice as to all parties, with each party bearing its own costs and attorneys' fees.

| | | |
|---|---|---|
| 1 | DATED: August 21, 2019 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: */s/ Kyle R. Canavera* |
| 4 | | John P. Schnurer<br>JSchnurer@perkinscoie.com |
| 5 | | Yun (Louise) Lu<br>LLu@perkinscoie.com |
| 6 | | Kyle R. Canavera<br>KCanavera@perkinscoie.com |
| 7 | | Attorneys for Plaintiffs |
| 8 | | LUCENT TRANS ELECTRONIC CO., INC. and HIGH TECH GLOBAL CORP. |
| 9 | | |
| 10 | DATED: August 21, 2019 | **NOVIAN & NOVIAN LLP** |
| 11 | | |
| 12 | | By: */s/ Andrew B. Goodman*<br>Farhad Novian |
| 13 | | farhad@novianlaw.com<br>Andrew B. Goodman |
| 14 | | agoodman@novianlaw.com |
| 15 | | |
| 16 | | Attorneys for Defendants TYLT, INC. and RAMIN ROSTAMI |
| 17 | DATED: August 21, 2019 | **ROBINS KAPLAN LLP** |
| 18 | | |
| 19 | | By: */s/ Michael T. Delaney*<br>Howard J. Weg |
| 20 | | HWeg@RobinsKaplan.com<br>Michael T. Delaney |
| 21 | | MDelaney@RobinsKaplan.com |
| 22 | | |
| 23 | | Attorneys for third-party American Investment Group, LLC |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT STIPULATION OF DISMISSAL        -3-        CASE NO. 2:18-cv-08638 FMO (KSx)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 21, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be served by electronic mail.

By: */s/ Kyle R. Canavera*