JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TRANS ELECTRONIC CO., INC., AND HIGH TECH GLOBAL CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>FOREIGN TRADE CORPORATION D/B/A TECHNOCEL, TYLT INC., RAMIN ROSTAMI, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-08638 FMO (KSx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Having considered the Parties' Stipulation of Dismissal, and good cause appearing, the stipulation is GRANTED. The orders of Docket Numbers 95 and 96 are VACATED, and any and all writs or notices of attachment issued thereunder are hereby ordered terminated and rendered null and void. The motion of Docket Number 104 is withdrawn. The application of Docket Number 110 is withdrawn. The $20,000 of undertakings deposited by Plaintiffs with the Court are to be disbursed to Plaintiffs' counsel of record. The above-entitled action is hereby dismissed with prejudice as to all parties, with each party bearing its own costs and attorneys' fees.

**IT IS SO ORDERED**

DATED: August 21, 2019

*/s/ Fernando M. Olguin*
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE